**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

MARISSA KUBICKI, individually, and on
Behalf of all others similarly situated,

                Plaintiff,

        v.                          Case No. 1:26-cv-03882-VSB-OTW

THE LEGAL AID SOCIETY, CONNIE           **NOTICE OF MOTION AND**
PARK, in her individual capacity, LAURA     **MOTION TO DISMISS**
WALSH, in her individual capacity,          **PLAINTIFF'S COMPLAINT –**
REBEKAH ALMANZAR, in her               **ORAL ARGUMENT REQUESTED**
individual capacity, JACKIE QUIGLEY,
in her individual capacity, and YONZEL
BURT, in her individual capacity,

                Defendants.

-------------------------------------------------------- x


     PLEASE TAKE NOTICE that, Defendants The Legal Aid Society, Connie Park, Laura

Walsh, Rebekah Almanzar, Jackie Quigley, and Yonzel Burt hereby respectfully move this Court

for an Order:

    1.  Granting Defendants' Motion to Dismiss Plaintiff Marissa Kubicki's Complaint in its

entirety;

    2.  Dismissing Plaintiff's Complaint in its entirety and with prejudice; and

    3.  Awarding Defendants their reasonable costs, fees, and expenses incurred in bringing this

Motion.

     This Motion is based upon Rules 8, 12(b)(1), and 12(b)(6) of the Federal Rules of Civil

Procedure and upon all supporting memoranda and documents filed and served in accordance with

the Local Rules, and upon all the files, records, and proceedings herein.

Dated:    New York, New York
August 10, 2026

**DORSEY & WHITNEY LLP**

By  /s/*Nicholas J. Pappas*
    NICHOLAS J. PAPPAS
    pappas.nicholas@dorsey.com
    BRIANA AL TAQATQA
    altaqatqa.briana@dorsey.com
    GRACE F. JACOBSON
    jacobson.grace@dorsey.com
    KRISTA BOLLES
    bolles.krista@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
Attorneys for Defendants THE LEGAL AID
SOCIETY, CONNIE PARK, LAURA WALSH,
REBEKAH ALMANZAR, JACKIE QUIGLEY, and
YONZEL BURT

2