**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARISSA KUBICKI,

Plaintiff,

-against-

THE LEGAL AID SOCIETY, et al.,

Defendants.

26-CV-03882 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an initial case management conference in this matter on August 11, 2026. As ORDERED at the conference, parties must file a joint status letter by **September 10, 2026**, indicating the status of the motion to dismiss and propose a briefing schedule.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 2, 2026
New York, New York