**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARISSA KUBICKI,<br><br>Plaintiff,<br><br>-against-<br><br>THE LEGAL AID SOCIETY, et al.,<br><br>Defendants. | 26-CV-3882 (VSB) (OTW)<br><br>**SCHEDULING ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of parties' proposed briefing schedules for the motion to dismiss, motion for summary judgment, and motion to stay discovery. (ECF Nos. 56 and 57). The parties could not agree on briefing schedules or a proposed staging of the parties' motions, so the Court will impose the following briefing schedules:

1. **Defendants' Motion to Dismiss**
   a. Defendants' opening brief is due by October 14, 2026;
   b. Plaintiff's opposition brief is due by November 11, 2026; and
   c. Defendants' reply brief is due by November 25, 2026.
2. **Plaintiff's Cross-motion for Summary Judgment**
   a. Plaintiff's opening brief is due by October 14, 2026;
   b. Defendants' opposition brief is due by November 11, 2026; and
   c. Plaintiff's reply brief is due by November 25, 2026.
3. **Motion to Stay Discovery**
   a. Defendants' opening brief is due by October 21, 2026;

b. Plaintiff's opposition brief is due by October 28, 2026; and

c. There shall be no replies.

Additionally, the Court is in receipt of Defendants' notice of withdrawal of their motion to dismiss the original complaint. (ECF 55). The Clerk of the Court is respectfully directed to close ECF 38.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: September 29, 2026
New York, New York