**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ X

MARISSA KUBICKI, individually, and on behalf of all others similarly situated

Plaintiff,

-v-

THE LEGAL AID SOCIETY, MATRIX ABSENCE MANAGEMENT, INC., CONNIE PARK, in her individual capacity, LAURA WALSH, in her individual capacity, REBEKAH ALMANZAR, in her individual capacity, JACKIE QUIGLEY, in her individual capacity, and YONZEL BURT, in her individual capacity

Defendants.

------------------------------------------------------------------------ X

26-CV-3882

**DECLARATION OF GRACE F. JACOBSON IN SUPPORT OF DEFENDANT THE LEGAL AID SOCIETY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

I, Grace F. Jacobson, being duly sworn, states as follows:

1. I am one of the attorneys representing Defendants The Legal Aid Society ("LAS"), Matrix Absence Management, Inc., Connie Park, Laura Walsh, Rebekah Almanzar, Jackie Quigley, and Yonzel Burt in the above-captioned matter. I submit this declaration in support of LAS's Motion to Dismiss Plaintiff Marissa Kubicki's Amended Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of the January 20, 2026, email from Connie Park to Plaintiff Marissa Kubicki quoted in Paragraphs 193 through 196 of Plaintiff's Amended Complaint.

I declare under penalty of perjury under the laws of Minnesota and the United States of America that the foregoing is true and correct.

Dated: October 14, 2026

/s/ Grace F. Jacobson
Grace F. Jacobson