**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------- x
MARISSA KUBICKI, individually, and on Behalf of all others similarly situated,

Plaintiff,

v.

THE LEGAL AID SOCIETY, MATRIX ABSENCE MANAGEMENT, INC., CONNIE PARK, in her individual capacity, LAURA WALSH, in her individual capacity, REBEKAH ALMANZAR, in her individual capacity, JACKIE QUIGLEY, in her individual capacity, and YONZEL BURT, in her individual capacity,

Defendants.
----------------------------------------------------- x

Case No. 1:26-cv-03882-VSB-OTW

**MATRIX ABSENCE MANAGEMENT, INC.'S AND THE INDIVIDUAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT – ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that Defendants Matrix Absence Management, Inc. ("Matrix"), Connie Park, Laura Walsh, Rebekah Almanzar, Jackie Quigley, and Yonzel Burt (collectively, the Individual Defendants") hereby respectfully move this Court for an Order:

1. Granting their Motion to Dismiss Plaintiff Marissa Kubicki's Amended Complaint in its entirety;

2. Dismissing Plaintiff's Amended Complaint in its entirety and with prejudice; and

3. Awarding Matrix and the Individual Defendants their reasonable costs, fees, and expenses incurred in bringing this Motion.

This Motion is based upon Rules 8, 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure and upon all supporting memoranda and documents filed and served in accordance with the Local Rules, and upon all the files, records, and proceedings herein. Matrix and the Individual Defendants respectfully request oral argument on this motion.

Dated: New York, New York
October 14, 2026

**DORSEY & WHITNEY LLP**

By *<u>/s/ Briana Al Taqatqa</u>*

NICHOLAS J. PAPPAS
pappas.nicholas@dorsey.com
KRISTA BOLLES
bolles.krista@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

BRIANA AL TAQATQA (pro hac vice)
altaqatqa.briana@dorsey.com
GRACE F. JACOBSON (pro hac vice)
jacobson.grace@dorsey.com
50 South 6th St., Suite 1500
Minneapolis, MN 55402

Attorneys for Defendants THE LEGAL AID SOCIETY, MATRIX ABSENCE MANAGEMENT, INC., CONNIE PARK, LAURA WALSH, REBEKAH ALMANZAR, JACKIE QUIGLEY, and YONZEL BURT