# Exhibit B

Outlook

## Re: SW Court Coverage 11/10-11/14

[redacted]

**From** Jackie Quigley <jquigley@legal-aid.org>
**Date** Fri 11/14/2025 8:01 AM
**To** CDP Parole Revocation Defense <CDP_PRDU@legal-aid.org>
**Cc** Michael Moore <MEMoore@legal-aid.org>

Good morning,

For any emergent social work needs that arise today, 11/14, please reach out to me directly. For all general social work needs, please enter your referral into LawManager or send via email if not yet available in LM.

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

---

**From:** Jackie Quigley <jquigley@legal-aid.org>
**Sent:** Monday, November 3, 2025 1:17 PM
**To:** CRIMINAL PRDU ALL <CRIMINALPRDUALL@legal-aid.org>
**Cc:** Michael Moore <MEMoore@legal-aid.org>
**Subject:** SW Court Coverage 11/10-11/14

Good morning,

Please see the schedule for court coverage 11/10/2025-11/14/2025.

Included below you will find guidance for social work referrals, as well as an attached resource guide for the Bronx in cases where Attorneys may simply need to share resources with clients. PRDU SW team will be working to compile a similar guide for Brooklyn, but at this time, please reach out to the assigned SW for assistance as needed.

| **Dates in November 2025** | **Bronx** | **Brooklyn** |
|---|---|---|

| | | |
|---|---|---|
| **Mon, November 10th** | Jackie | Keith |
| **Tues, November 11th** | **HOLIDAY** | **HOLIDAY** |
| **Wed, November 12th** | Jackie | Jess |
| **Thurs, November 13th** | Luca | Evelin |
| **Fri, November 14th** | Luca | Luca |

***Please note that Friday coverage for FSWs is provided virtually as one FSW is covering calls for both courts.**

**Social work court coverage calls should be made in the following circumstances. If you have questions about appropriateness of referral, please call to consult with Social Worker on duty.:**

- **Potentially suicidal clients i.e., clients threatening to hurt or kill themselves.**
- **Potential psychiatric emergencies i.e., clients who are displaying psychotic symptoms: Visual and/or Auditory Hallucinations.**
- **Clients who need substance use hospital detox - clients who appear to be intoxicated or experiencing withdrawal symptoms.**
- **Clients with physical limitations and/or immediate medical concerns**
- **Provide oral testimonies when ALJs are requesting information about a program and/or an ALJ is requesting to meet the social worker who is assigned to work with the client.**
- **When a psychosocial assessment is needed for case assignment.**

**Social Workers request that Attorneys reach out to share referral details and to determine how and where the situation will be assessed, such as whether the matter will be resolved in person, in court, or over the phone. We will not be able to evaluate a client until a conversation has occurred between the Attorney and Social Worker to ensure the best care for the client.**

**If your client does not need/desire social work intervention, we have included a Community Resource Guide for referrals, such as shelter and other community agency information, to provide to clients. For resources for other boroughs, please reach out to the social work team assigned to that borough for guidance.**

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

Outlook

## SW Court Coverage 11/24-11/28

From Jackie Quigley <jquigley@legal-aid.org>
Date Fri 11/21/2025 9:30 AM
To CDP Parole Revocation Defense <CDP_PRDU@legal-aid.org>
Cc Michael Moore <MEMoore@legal-aid.org>

2 attachments (1 MB)
Bronx Community Resource Guide 2024.pdf; Bronx Community Resource Guide_SPA 2024.pdf;

Good morning,

Please see the schedule for court coverage 11/24/2025-11/28/2025.

Included below you will find guidance for social work referrals, as well as an attached resource guide for the Bronx in cases where Attorneys may simply need to share resources with clients. PRDU SW team will be working to compile a similar guide for Brooklyn, but at this time, please reach out to the assigned SW for assistance as needed.

| **Dates in November 2025** | **Bronx** | **Brooklyn** |
|---|---|---|
| **Mon, November 24th** | Marissa | Evelin |
| **Tues, November 25th** | Marissa | Keith |
| **Wed, November 26th**** | Luca | Keith |
| **Thurs, November 27th** | HOLIDAY | HOLIDAY |
| **Fri, November 28th**** | Rebekah | Rebekah |

***Please note that Friday coverage for FSWs is provided virtually as one FSW is covering calls for both courts.**

**Early dismissal day but assigned court coverage SW is part of skeleton crew and available until 5pm

**Social work court coverage calls should be made in the following circumstances. If you have questions about appropriateness of referral, please call to consult with Social Worker on duty.:**

- **Potentially suicidal clients i.e., clients threatening to hurt or kill themselves.**
- **Potential psychiatric emergencies i.e., clients who are displaying psychotic symptoms: Visual and/or Auditory Hallucinations.**
- **Clients who need substance use hospital detox - clients who appear to be intoxicated or experiencing withdrawal symptoms.**
- **Clients with physical limitations and/or immediate medical concerns**

**Provide oral testimonies when ALJs are requesting information about a program and/or an ALJ is requesting to meet the social worker who is assigned to work with the client.**

- **When a psychosocial assessment is needed for case assignment.**

**Social Workers request that Attorneys reach out to share referral details and to determine how and where the situation will be assessed, such as whether the matter will be resolved in person, in court, or over the phone. We will not be able to evaluate a client until a conversation has occurred between the Attorney and Social Worker to ensure the best care for the client.**

**If your client does not need/desire social work intervention, we have included a Community Resource Guide for referrals, such as shelter and other community agency information, to provide to clients. For resources for other boroughs, please reach out to the social work team assigned to that borough for guidance.**

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

Outlook

## SW Court Coverage 12/1-12/5

From Jackie Quigley <jquigley@legal-aid.org>
Date Fri 11/28/2025 9:30 AM
To CDP Parole Revocation Defense <CDP_PRDU@legal-aid.org>
Cc Michael Moore <MEMoore@legal-aid.org>

2 attachments (1 MB)
Bronx Community Resource Guide 2024.pdf; Bronx Community Resource Guide_SPA 2024.pdf;

Good morning,

Please see the schedule for court coverage 12/1/2025-12/5/2025.

Included below you will find guidance for social work referrals, as well as an attached resource guide for the Bronx in cases where Attorneys may simply need to share resources with clients. PRDU SW team will be working to compile a similar guide for Brooklyn, but at this time, please reach out to the assigned SW for assistance as needed.

| **Dates in December 2025** | **Bronx** | **Brooklyn** |
|---|---|---|
| | | |
| **Mon, December 1st** | Marissa | Jess |
| **Tues, December 2nd** | Marissa | Keith |
| **Wed, December 3rd** | Luca | Evelin |
| **Thurs, December 4th** | Luca | Evelin |
| **Fri, December 5th** | Keith | Keith |

***Please note that Friday coverage for FSWs is provided virtually as one FSW is covering calls for both courts.**

**Social work court coverage calls should be made in the following circumstances. If you have questions about appropriateness of referral, please call to consult with Social Worker on duty.:**

- **Potentially suicidal clients i.e., clients threatening to hurt or kill themselves.**
- **Potential psychiatric emergencies i.e., clients who are displaying psychotic symptoms: Visual and/or Auditory Hallucinations.**

- **Clients who need substance use hospital detox - clients who appear to be intoxicated or experiencing withdrawal symptoms.**
- **Clients with physical limitations and/or immediate medical concerns**
- **Provide oral testimonies when ALJs are requesting information about a program and/or an ALJ is requesting to meet the social worker who is assigned to work with the client.**
- **When a psychosocial assessment is needed for case assignment.**

**Social Workers request that Attorneys reach out to share referral details and to determine how and where the situation will be assessed, such as whether the matter will be resolved in person, in court, or over the phone. We will not be able to evaluate a client until a conversation has occurred between the Attorney and Social Worker to ensure the best care for the client.**

**If your client does not need/desire social work intervention, we have included a Community Resource Guide for referrals, such as shelter and other community agency information, to provide to clients. For resources for other boroughs, please reach out to the social work team assigned to that borough for guidance.**

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

Outlook

## Re: SW Court Coverage 12/8-12/12

From Jackie Quigley <jquigley@legal-aid.org>
Date Thu 12/11/2025 10:49 AM
To CDP Parole Revocation Defense <CDP_PRDU@legal-aid.org>
Cc Michael Moore <MEMoore@legal-aid.org>

Good morning,

Please see the updated social work coverage below for the rest of today and tomorrow.

| | | |
|---|---|---|
| **Thurs, December 11th** | Luca (am needs)<br>Marissa (after lunch) | Evelin |
| **Fri, December 12th** | Marissa | Marissa |

***Please note that Friday coverage for FSWs is provided virtually as one FSW is covering calls for both courts.**

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

---

**From:** Jackie Quigley <jquigley@legal-aid.org>
**Sent:** Monday, December 1, 2025 10:31 AM
**To:** CDP Parole Revocation Defense <CDP_PRDU@legal-aid.org>
**Cc:** Michael Moore <MEMoore@legal-aid.org>
**Subject:** SW Court Coverage 12/8-12/12

Good morning,

Please see the schedule for court coverage 12/8/2025-12/12/2025.

Included below you will find guidance for social work referrals, as well as an attached resource guide for the Bronx in cases where Attorneys may simply need to share resources with clients. PRDU SW team will be working to compile a similar guide for Brooklyn, but at this time, please reach out to the assigned SW for assistance as needed.

| **Dates in December 2025** | **Bronx** | **Brooklyn** |
|---|---|---|
| **Mon, December 8th** | Marissa | Jess |
| **Tues, December 9th** | Marissa | Evelin |
| **Wed, December 10th** | Luca | Keith |
| **Thurs, December 11th** | Luca | Evelin |
| **Fri, December 12th** | Luca | Luca |

***Please note that Friday coverage for FSWs is provided virtually as one FSW is covering calls for both courts.**

**Social work court coverage calls should be made in the following circumstances. If you have questions about appropriateness of referral, please call to consult with Social Worker on duty.:**

- **Potentially suicidal clients i.e., clients threatening to hurt or kill themselves.**
- **Potential psychiatric emergencies i.e., clients who are displaying psychotic symptoms: Visual and/or Auditory Hallucinations.**
- **Clients who need substance use hospital detox - clients who appear to be intoxicated or experiencing withdrawal symptoms.**
- **Clients with physical limitations and/or immediate medical concerns**
- **Provide oral testimonies when ALJs are requesting information about a program and/or an ALJ is requesting to meet the social worker who is assigned to work with the client.**
- **When a psychosocial assessment is needed for case assignment.**

**Social Workers request that Attorneys reach out to share referral details and to determine how and where the situation will be assessed, such as whether the matter will be resolved in person, in court, or over the phone. We will not be able to evaluate a client until a conversation has occurred between the Attorney and Social Worker to ensure the best care for the client.**

**If your client does not need/desire social work intervention, we have included a Community Resource Guide for referrals, such as shelter and other community agency information, to provide to clients. For resources for other boroughs, please reach out to the social work team assigned to that borough for guidance.**

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor

Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

Outlook

## SW Court Coverage 12/15-12/19

From Jackie Quigley <jquigley@legal-aid.org>
Date Fri 12/12/2025 9:30 AM
To CDP Parole Revocation Defense <CDP_PRDU@legal-aid.org>
Cc Michael Moore <MEMoore@legal-aid.org>

2 attachments (1 MB)
Bronx Community Resource Guide 2024.pdf; Bronx Community Resource Guide_SPA 2024.pdf;

Good morning,

Please see the schedule for court coverage 12/15/2025-12/19/2025.

Included below you will find guidance for social work referrals, as well as an attached resource guide for the Bronx in cases where Attorneys may simply need to share resources with clients. PRDU SW team will be working to compile a similar guide for Brooklyn, but at this time, please reach out to the assigned SW for assistance as needed.

| **Dates in December 2025** | **Bronx** | **Brooklyn** |
|---|---|---|
| **Mon, December 15th** | Luca | Jess |
| **Tues, December 16th** | Marissa | Keith |
| **Wed, December 17th** | Marissa | Evelin |
| **Thurs, December 18th** | Luca | Evelin |
| **Fri, December 19th** | Evelin | Evelin |

***Please note that Friday coverage for FSWs is provided virtually as one FSW is covering calls for both courts.**

**Social work court coverage calls should be made in the following circumstances. If you have questions about appropriateness of referral, please call to consult with Social Worker on duty.:**

- **Potentially suicidal clients i.e., clients threatening to hurt or kill themselves.**
- **Potential psychiatric emergencies i.e., clients who are displaying psychotic symptoms: Visual and/or Auditory Hallucinations.**
- **Clients who need substance use hospital detox - clients who appear to be intoxicated or experiencing withdrawal symptoms.**
- **Clients with physical limitations and/or immediate medical concerns**

- **Provide oral testimonies when ALJs are requesting information about a program and/or an ALJ is requesting to meet the social worker who is assigned to work with the client.**
- **When a psychosocial assessment is needed for case assignment.**

**Social Workers request that Attorneys reach out to share referral details and to determine how and where the situation will be assessed, such as whether the matter will be resolved in person, in court, or over the phone. We will not be able to evaluate a client until a conversation has occurred between the Attorney and Social Worker to ensure the best care for the client.**

**If your client does not need/desire social work intervention, we have included a Community Resource Guide for referrals, such as shelter and other community agency information, to provide to clients. For resources for other boroughs, please reach out to the social work team assigned to that borough for guidance.**

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

Outlook

[redacted]

## Fw: SW Court Coverage 12/22-12/26

**From** Marissa Kubicki <MKubicki@legal-aid.org>
**Date** Fri 12/19/2025 11:04 AM
**To** Laura Walsh <lwalsh@legal-aid.org>

2 attachments (1 MB)
Bronx Community Resource Guide 2024.pdf; Bronx Community Resource Guide_SPA 2024.pdf;

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Jackie Quigley <jquigley@legal-aid.org>
**Sent:** Friday, December 19, 2025 9:30 AM
**To:** CDP Parole Revocation Defense <CDP_PRDU@legal-aid.org>
**Cc:** Michael Moore <MEMoore@legal-aid.org>
**Subject:** SW Court Coverage 12/22-12/26

Good morning,

Please see the schedule for court coverage 12/22/2025-12/5/2025.

Included below you will find guidance for social work referrals, as well as an attached resource guide for the Bronx in cases where Attorneys may simply need to share resources with clients. PRDU SW team will be working to compile a similar guide for Brooklyn, but at this time, please reach out to the assigned SW for assistance as needed.

| **Dates in December 2025** | **Bronx** | **Brooklyn** |
|---|---|---|

| | | |
|---|---|---|
| Mon, December 22nd | Marissa | Keith |
| Tues, December 23rd | Luca | Evelin |
| Wed, December 24th** | Luca | Keith |
| Thurs, December 25th | **HOLIDAY** | **HOLIDAY** |
| Fri, December 26th | Keith | Keith |

***Please note that Friday coverage for FSWs is provided virtually as one FSW is covering calls for both courts.**

****Early dismissal day but assigned court coverage SW is part of skeleton crew and available until 5pm**

**Social work court coverage calls should be made in the following circumstances. If you have questions about appropriateness of referral, please call to consult with Social Worker on duty.:**

- **Potentially suicidal clients i.e., clients threatening to hurt or kill themselves.**
- **Potential psychiatric emergencies i.e., clients who are displaying psychotic symptoms: Visual and/or Auditory Hallucinations.**
- **Clients who need substance use hospital detox - clients who appear to be intoxicated or experiencing withdrawal symptoms.**
- **Clients with physical limitations and/or immediate medical concerns**
- **Provide oral testimonies when ALJs are requesting information about a program and/or an ALJ is requesting to meet the social worker who is assigned to work with the client.**
- **When a psychosocial assessment is needed for case assignment.**

**Social Workers request that Attorneys reach out to share referral details and to determine how and where the situation will be assessed, such as whether the matter will be resolved in person, in court, or over the phone. We will not be able to evaluate a client until a conversation has occurred between the Attorney and Social Worker to ensure the best care for the client.**

**If your client does not need/desire social work intervention, we have included a Community Resource Guide for referrals, such as shelter and other community agency information, to provide to clients. For resources for other boroughs, please reach out to the social work team assigned to that borough for guidance.**

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

Outlook

## Re: SW Court Coverage 12/29-1/2

**From** Jackie Quigley <jquigley@legal-aid.org>
**Date** Mon 12/29/2025 9:43 AM
**To** CDP Parole Revocation Defense <CDP_PRDU@legal-aid.org>
**Cc** Michael Moore <MEMoore@legal-aid.org>

Good morning,

I will be available for any social work needs in the Bronx today.

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

---

**From:** Jackie Quigley <jquigley@legal-aid.org>
**Sent:** Monday, December 1, 2025 10:37 AM
**To:** CDP Parole Revocation Defense <CDP_PRDU@legal-aid.org>
**Cc:** Michael Moore <MEMoore@legal-aid.org>
**Subject:** SW Court Coverage 12/29-1/2

Good morning,

Please see the schedule for court coverage 12/29/2025-1/2/2026.

Included below you will find guidance for social work referrals, as well as an attached resource guide for the Bronx in cases where Attorneys may simply need to share resources with clients. PRDU SW team will be working to compile a similar guide for Brooklyn, but at this time, please reach out to the assigned SW for assistance as needed.

| **Dates in December 2025** | **Bronx** | **Brooklyn** |
|---|---|---|
| | | |

| | | |
|---|---|---|
| **Mon, December 29th** | Marissa | Evelin |
| **Tues, December 30th** | Marissa | Jackie |
| **Wed, December 31st**** | Jackie | Evelin |
| **Thurs, January 1st** | **HOLIDAY** | **HOLIDAY** |
| **Fri, January 2nd** | Marissa | Marissa |

***Please note that Friday coverage for FSWs is provided virtually as one FSW is covering calls for both courts.**

****Early dismissal day but assigned court coverage SW is part of skeleton crew and available until 5pm**

**Social work court coverage calls should be made in the following circumstances. If you have questions about appropriateness of referral, please call to consult with Social Worker on duty.:**

- **Potentially suicidal clients i.e., clients threatening to hurt or kill themselves.**
- **Potential psychiatric emergencies i.e., clients who are displaying psychotic symptoms: Visual and/or Auditory Hallucinations.**
- **Clients who need substance use hospital detox - clients who appear to be intoxicated or experiencing withdrawal symptoms.**
- **Clients with physical limitations and/or immediate medical concerns**
- **Provide oral testimonies when ALJs are requesting information about a program and/or an ALJ is requesting to meet the social worker who is assigned to work with the client.**
- **When a psychosocial assessment is needed for case assignment.**

**Social Workers request that Attorneys reach out to share referral details and to determine how and where the situation will be assessed, such as whether the matter will be resolved in person, in court, or over the phone. We will not be able to evaluate a client until a conversation has occurred between the Attorney and Social Worker to ensure the best care for the client.**

**If your client does not need/desire social work intervention, we have included a Community Resource Guide for referrals, such as shelter and other community agency information, to provide to clients. For resources for other boroughs, please reach out to the social work team assigned to that borough for guidance.**

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

Outlook

## SW Court Coverage 1/5/2026-1/9/2026

From Jackie Quigley <jquigley@legal-aid.org>
Date Fri 1/2/2026 9:32 AM
To CDP Parole Revocation Defense <CDP_PRDU@legal-aid.org>
Cc Michael Moore <MEMoore@legal-aid.org>

2 attachments (1 MB)
Bronx Community Resource Guide 2024.pdf; Bronx Community Resource Guide_SPA 2024.pdf;

Good morning,

Please see the schedule for court coverage 1/5/2026-1/9/2026.

Included below you will find guidance for social work referrals, as well as an attached resource guide for the Bronx in cases where Attorneys may simply need to share resources with clients. PRDU SW team will be working to compile a similar guide for Brooklyn, but at this time, please reach out to the assigned SW for assistance as needed.

| **Dates in January 2026** | **Bronx** | **Brooklyn** |
|---|---|---|
| | | |
| **Mon, January 5th** | Marissa | Jess |
| **Tues, January 6th** | Marissa | Evelin |
| **Wed, January 7th** | Luca | Keith |
| **Thurs, January 8th** | Luca | Evelin |
| **Fri, January 9th** | Luca | Luca |

***Please note that Friday coverage for FSWs is provided virtually as one FSW is covering calls for both courts.**

**Social work court coverage calls should be made in the following circumstances. If you have questions about appropriateness of referral, please call to consult with Social Worker on duty.:**

- **Potentially suicidal clients i.e., clients threatening to hurt or kill themselves.**
- **Potential psychiatric emergencies i.e., clients who are displaying psychotic symptoms: Visual and/or Auditory Hallucinations.**

- **Clients who need substance use hospital detox - clients who appear to be intoxicated or experiencing withdrawal symptoms.**
- **Clients with physical limitations and/or immediate medical concerns**
- **Provide oral testimonies when ALJs are requesting information about a program and/or an ALJ is requesting to meet the social worker who is assigned to work with the client.**
- **When a psychosocial assessment is needed for case assignment.**

**Social Workers request that Attorneys reach out to share referral details and to determine how and where the situation will be assessed, such as whether the matter will be resolved in person, in court, or over the phone. We will not be able to evaluate a client until a conversation has occurred between the Attorney and Social Worker to ensure the best care for the client.**

**If your client does not need/desire social work intervention, we have included a Community Resource Guide for referrals, such as shelter and other community agency information, to provide to clients. For resources for other boroughs, please reach out to the social work team assigned to that borough for guidance.**

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

Outlook

[redacted]

## SW Court Coverage 1/12/2026-1/16/2026

**From** Jackie Quigley <jquigley@legal-aid.org>
**Date** Fri 1/9/2026 9:31 AM
**To** CDP Parole Revocation Defense <CDP_PRDU@legal-aid.org>
**Cc** Michael Moore <MEMoore@legal-aid.org>

2 attachments (1 MB)
Bronx Community Resource Guide 2024.pdf; Bronx Community Resource Guide_SPA 2024.pdf;

Good morning,

Please see the schedule for court coverage 1/12/2026-1/16/2026.

Included below you will find guidance for social work referrals, as well as an attached resource guide for the Bronx in cases where Attorneys may simply need to share resources with clients. PRDU SW team will be working to compile a similar guide for Brooklyn, but at this time, please reach out to the assigned SW for assistance as needed.

| **Dates in January 2026** | **Bronx** | **Brooklyn** |
|---|---|---|
| **Mon, January 12th** | Marissa | Jess |
| **Tues, January 13th** | Luca | Evelin |
| **Wed, January 14th** | Dara | Keith |
| **Thurs, January 15th** | Luca | Evelin |
| **Fri, January 16th** | Keith | Keith |

***Please note that Friday coverage for FSWs is provided virtually as one FSW is covering calls for both courts.**

**Social work court coverage calls should be made in the following circumstances. If you have questions about appropriateness of referral, please call to consult with Social Worker on duty.:**

- **Potentially suicidal clients i.e., clients threatening to hurt or kill themselves.**
- **Potential psychiatric emergencies i.e., clients who are displaying psychotic symptoms: Visual and/or Auditory Hallucinations.**
- **Clients who need substance use hospital detox - clients who appear to be intoxicated or experiencing withdrawal symptoms.**
- **Clients with physical limitations and/or immediate medical concerns**

- **Provide oral testimonies when ALJs are requesting information about a program and/or an ALJ is requesting to meet the social worker who is assigned to work with the client.**
- **When a psychosocial assessment is needed for case assignment.**

**Social Workers request that Attorneys reach out to share referral details and to determine how and where the situation will be assessed, such as whether the matter will be resolved in person, in court, or over the phone. We will not be able to evaluate a client until a conversation has occurred between the Attorney and Social Worker to ensure the best care for the client.**

**If your client does not need/desire social work intervention, we have included a Community Resource Guide for referrals, such as shelter and other community agency information, to provide to clients. For resources for other boroughs, please reach out to the social work team assigned to that borough for guidance.**

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers