# Exhibit C

THE LEGAL AID SOCIETY

# PERFORMANCE EVALUATI[redacted]

| | |
|---|---|
| Name: Marissa Kubicki | [redacted] Date of Review: 3/1/2024 |
| Division & Location: CDP, PRDU | Probationary Annual X |
| Department: Social Work | Date of Hire: (3/1/20203 Transfer) |

| PERFORMANCE LEVELS |
|---|
| Exceeds standards for the position |
| Fully meets all standards for the position |
| Meets some standards for the position |
| Does not meet standards for the position |
| Not applicable |
| ***Please indicate the most applicable performance level for each performance factor listed below. Use the comment section in each area to provide examples that support the performance level listed and to site accomplishments and opportunities for growth.*** |

## Section I – Performance Factors

| 1. Relationships with Clients | Reviewer |
|---|---|
| Conducts thorough, sensitive interviews with clients, eliciting relevant information in a minimum amount of time. | F |
| Establishes good working relationships with clients and their families. Treats them respectfully, responds promptly to calls and requests for information, meets with them as necessary, and explains social work role clearly. | F |
| Deals maturely and effectively with difficult clients and their families using guiding social work principles. | F |
| Maintains client and family confidentiality. | F |

| | |
|---|---|
| Shows positive attitude towards clients and work. Is client-centered in approach to cases, and respectful of clients' needs, goals and input. | F |
| Engages the family and/or other significant members of the client's community in working with the client. | F |
| Builds bridges between the client and other members of the representational team including the attorney, paralegal, and investigator. | F |
| Promptly identifies potential ethical conflicts and seeks resolution of them in accordance with Society policies and procedures. | F |

*Comments:*

Marissa's previous experience in both the Bronx CDP office and Correctional Health Services has equipped her with the skills to engage clients in PRDU in a supportive way. Adjusting to the significant changes in case turnaround time, Marissa is able to conduct thorough interviews with a clear purpose to use the limited amount of time with clients for the best assessment possible. She maintains longer-term, supportive relationships with clients in custody, providing crisis management when issues arise. She is able to effectively connect clients with their attorneys and the course of the case. She very clearly explains to clients how her work fits into the desired outcome. The clients Marissa works with very clearly develop a close trusting working relationship with her, allowing for continue support in the community and for subsequent violation cases.

| 2. Relationships with Office Colleagues | Reviewer |
|---|---|
| Works collaboratively with other attorneys, social workers, investigators, paralegals, clerical staff and other staff members. Establishes effective working relationships with others, and gains respect, trust, and cooperation of colleagues. | E |
| Treats colleagues respectfully. Submits work assignments to other staff promptly; provides sufficient information and guidance to enable them to complete work assignments; responds promptly to their requests for additional information; is respectful of their views; and apprises them promptly of developments in cases on which they are collaborating. | E |
| Collaborates well with other offices and practices of the Society (JRD, PRDU, Civil). | F |
| Complies with all Legal Aid Society policy and procedures. | F |

| | |
|---|---|
| Contributes to office morale. Encourages teamwork and mutual cooperation. | F |
| Willing to help colleagues and to guide or mentor less experienced staff. | E |

*Comments:*

Marissa has been so essential to the morale of the PRDU SW team. She truly understands and values the teamwork component of our unit, offering to support her colleagues when needed as well as reach out to them for support. Marissa has also integrated herself exceptionally well into the bigger PRDU unit, seamlessly conferencing cases with attorneys as well as making efforts to get to know her new colleagues. Marissa has also been exceptional in welcoming a newer team member to PRDU, reaching out to them for numerous opportunities to shadow and observe, answering questions and providing guidance for client-related and LAS-related topics. *Marissa has continued to be an incredible teammate despite significant challenges the SW unit has encountered over the past six months in becoming a new team. Marissa has also been very supportive with the transition from the Manhattan court to the Bronx court, sharing her experience of both the LAS office and courthouse with the other team members.*

| 3. Relationships with Supervisors | Reviewer |
|---|---|
| Actively participates in supervisory sessions; comes with questions, concerns, successes, case situations. | F |
| Advises supervisor promptly of problems. | F |
| Apprises supervisor of successes. | F |
| Promptly consults with supervisor on all potential conflicts and resolution of any ethical issues presented by a client, case or situation. Follows procedures for conflict resolution. | F |
| Accepts constructive criticism and suggestions with positive attitude. | F |
| Promptly and effectively implements actions agreed to following consultation with supervisor. | F |

*Comments:*

Monthly supervision with Marissa is productive and she is always prepared with an agenda and questions. Marissa also checks in between monthly supervision to apprise her supervisor of client issues that are particularly difficult to problem solve or process for herself. Marissa utilizes supervision as a space to talk about cases, further her professional development, inquire about how we can improve our SW practice, and process emotional situations with clients. She has a learning mindset, which allows for constructive feedback and suggestions in this new role. Marissa incorporates the new processes in PRDU with her skills as an experienced FSW to think critically about each referral with supervisory input as needed. Marissa is also open to feedback on her written work as this type of mitigation is new and presents different strategies for presenting client information to court.

| 4. Social Work Skills | Reviewer |
|---|---|
| Understands the role of a social worker in a law firm. | MS |
| Establishes and enforces boundaries with clients and their families. | F |
| Demonstrates understanding of human dynamics. | F |
| Exercises good judgment. | F |
| Performs holistic diagnostic interview and accurately assesses clients, their families and their situations. | F |
| Performs crisis intervention and brief treatment. | F |
| Accurately assesses lethality, carries out action plan, and documents it. | F |
| Conducts necessary outreach and field work to engage clients and their families and to develop appropriate plans. | F |
| Networks with other social service agencies. | F |
| Makes well-researched referrals. | F |

| | |
|---|---|
| Monitors service provision and clients'/families' participation and progress. | F |
| Provides effective and thorough case management. | F |
| Establishes alliances with various agencies. | F |
| Demonstrates good negotiation and mediation skills. | F |
| Undertakes relevant case research. | F |
| Report writing is well-organized, clear and persuasive. | MS |
| Maintains a professional demeanor in court, administrative hearings, or other forums. | E |
| Demonstrates an ability to process new information and reformulate recommendations. | F |
| Effective in oral advocacy/testimony. | F |

*Comments:*

Marissa continues to develop her understanding of the role of a social worker in PRDU. There is a significant shift from the previous roles Marissa has worked in and she continues to be open to the changes and learning process. The challenge thus far has been how to become so deeply involved in our clients' lives, so quickly, and then just as quickly, be removed at the end of the case. Marissa has a great foundation in writing biopsychosocial reports for court. We continue to develop her narrative writing abilities as well as persuasive language skills in shorter periods of time, as well as incorporating relevant research. Marissa's oral testimony demonstrates confidence and good instinct about what information should be shared with the Court; this communication also carries over to her interactions with parole officers and community providers. Experience in oral testimony will increase her authority in the room as an expert witness for contested hearings in cases needing a strong mitigation argument. *Marissa has been working with a few clients that have presented very complex needs and have been reincarcerated on multiple violations and criminal cases. She has remained a stable and supportive presence in these clients' circumstances, which has been effective in engaging them in the legal process during difficult times.*

| | |
|---|---|
| 5. Case Preparation & Workload Management | Reviewer |

| | |
|---|---|
| Thoroughly preps cases well in advance of court or hearing date. | F |
| Develops a social work plan/theory of mitigation that supports and is guided by the legal strategy. | MS |
| Provides well supported recommendations and plans to the court or administrative agency. | F |
| Effectively utilizes all available resources to assist client (including investigators, other social workers, paralegals, supervisors, etc.). | F |
| Complies with case reporting and tracking requirements (e.g. submitting intakes, terminations, case data reports). | F |
| Maintains an organized and complete case file. Obtains all documents and information necessary to prepare the case, and completes progress notes. | F |
| Demonstrates an ability to prioritize. | F |
| Effective at managing time: completes draft of written work in time for a review of the draft prior to court or hearing date. Can manage program referrals, written assignments, program/facility visits, etc. | F |
| Effectively uses all available technology and software (including word processing, spreadsheet, internal e-mail, LAS systems). | F |

*Comments:*

Marissa's organization has been excellent from the beginning in electronic case tracking and file management. She has great time management skills and is able to get the needed documentation to the attorney and Court on time. Marissa submits monthly statistics on time and accurately. Being new to the unit, Marissa does well in following the attorney's lead or the SW supervisor's suggestions on cases. As she learns more about different ways to approach complex cases, Marissa will be able to form her own social work strategy for cases to help guide the legal strategy; this takes time and experience in the unit and I have confidence that she will develop this skill very quickly. This was very evident in her different approach to mitigation for a case that she received very early in her time in the unit (Client [redacted]). Marissa is able to manage her caseload without much input from her supervisor. She prioritizes work around deadlines while maintaining meaningful contact with clients who's cases may take longer. Marissa has also been able to volunteer for the Parole Advocacy Project in CAB to support someone going before the parole board, learning about the process and what clients have been through because they are released and potentially become a client in PRDU. *Marissa's input on stats, how to make them better and capture more work, as well as committing to the current way of tracking stats until changes can be made is commendable and shows commitment to the team and the work.*

| 6. Professional Development | Reviewer |
|---|---|
| Stays current on new developments in social work. | F |
| Demonstrates a willingness and ability to learn new skills. | F |
| Attends relevant in-house training programs. | F |
| Actively involved in relevant community/professional organizations. | E |
| Attends relevant external training programs and lectures. | F |
| Demonstrates leadership potential. | F |
| Seeks areas of further professional development. | F |

*Comments:*

Marissa is active in attending both in house and external trainings to further her professional development. She is part of LAS committees, leading policy changes with LAS. She jumps in to take on tasks that are beneficial for the unit and voices issues without hesitation to ensure our unit is holding to best practice standards.

| 7. Professionalism | Reviewer |
|---|---|
| Demonstrates a willingness and ability to assume responsibility. | F |
| Works appropriate hours. | F |
| Punctual in attending court, administrative hearings, meetings and appointments. | F |
| Puts in additional time and effort when necessary to better represent clients. | F |
| Observes Society policies and procedures. | F |
| Maintains a professional appearance in the office, field, meetings, conferences, court or administrative hearings. | F |
| Demonstrates commitment to team. | E |
| Interactions with clients, witnesses, opposing counsel, court, administrative agency personnel, and other institutional players and agencies are guided by ethical obligation to clients and informed decisions concerning ethical constraints. | F |
| Ability to work without immediate supervision. | F |
| Adapts well to change. | F |
| Informs office of his/her whereabouts when out of the office for appointments or court, hearings, meetings and/or other work appointments. | F |
| Makes appropriate arrangements for coverage of case and office responsibilities when out on vacation, sick time or other leave. | F |

*Comments:*

Marissa is in incredible team member and example of professionalism. She cares for her co-workers and ensures that she sets an example of self-care. Marissa works regular hours, apprises her supervisor of any expected work outside of work hours to make schedule adjustments, plans time off with advance notice, and ensures coverage of her client responsibilities in both expected and unexpected time off. Marissa's interactions with all staff, both in house and with outside agencies, is respectful, while keeping her position as an advocate for our clients at the center of interactions. *Marissa's ability to express herself during really emotional and painful experiences both within our PRDU SW team as well as outside of the unit deserves recognition. She has supported another team member in addressing their needs during harmful circumstances. Marissa is an incredible advocate for herself and her colleagues in addition to her clients.*

## COMMENTS

***Please use this section to summarize overall performance and to highlight areas unique to the position that may not be covered in the Performance Factors section.***

***REVIEWER***

Marissa's first six months in PRDU have been great. She has very quickly learned the new legal process and has been on the court coverage schedule since April, a month after she transferred. This is reflective of her skills in interviewing clients, connecting with attorneys, processing information, and turning around a work product for the Court in support of clients in a very short period of time. She thinks on her feet and keeps the client's needs at the center, trying to match them up with the requirements of the court. She is very open in how this work challenges her, both in skills and emotions, and utilizes supervision appropriately to process those challenges and celebrating her successes. Marissa is a very dependable teammate to her social work colleagues. They can ask her to support a client in court, communicate with an attorney for vacation coverage,

and brainstorm ideas for a complex case. Marissa consistently contributes in group supervision and weekly meetings with Parole Advocacy Project, going beyond her required work duties to volunteer in supporting a client going before the parole board. Marissa asks probing questions about our internal processes and challenges to see if we can do better in services to our clients, especially those that identify as LQBTQIA. Marissa is an invaluable team member; her future at PRDU is promising and will allow for further growth and professional development. *Transitioning to PRDU has been full of challenges and successes in this first year. Marissa brings a welcomed perspective and voice that has been absent in our social work unit and inspired change and growth. While that growth has not been without its pains, Marissa has stayed committed for the better work and outcomes for our mutual clients in PRDU.*

***SUPERVISOR OF REVIEWER***

## *OVERALL RATING*

| | REVIEWER |
|---|---|
| Exceeds standards for the position | |
| Fully meets all standards for the position | X |
| Meets some standards for the position | |
| Does not meet standards for the position | |

## *SIGNATURES*

**Social Worker** ______________________ **Date** ____________

**Reviewer** ______________________ **Date** ____________

**Supervisor of Reviewer** ______________________ **Date** ____________

**Forensic Social Worker's Comments:**

Over the past year my time in PRDU has been filled with positivity and some challenging times as noted above. I have truly enjoyed the connections I have been able to make with clients both in this role and also while volunteering for the PAP project. I have been able to work with so many great clients and learn new skills. In terms of the challenges referenced above, it has been an adjustment to navigate the polarized state of the unit and organization as a BIPOC Queer person from underprivileged means. These facts were mentioned previously in my six month evaluation; and while I continue to navigate the different work culture, I will always serve our clients the best way, as this work is personal to me, without having to sacrifice my true self to conform to the work space. I have had many clients comment, appreciate and recognize the similarities of identities and backgrounds we often share which adds to their comfortability with sharing their most vulnerable stories with me.

Name Marissa Kubicki

Signature

Date 3/5/24

## Section 2: Development Plan

Please write specific actions/ objectives for strengthening the weak areas identified and/ or building on strengths. Identify specifically how this is to be accomplished, including the individual's responsibilities, on-the-job coaching, project assignments, academic courses or seminars and professional activities.

| Action Plans, with deadlines for completion | Resources Required |
|---|---|
| Continue to develop mitigation skills for PRDU specific writing. | Supervisor, internal/external trainings |
| Continue to develop oral advocacy skills. | Supervisor, opportunities through referrals |
| | |

Social Worker: Marissa Kubicki — Reviewer: — Reviewer:

| | | |
|---|---|---|
| Signature | Signature | Signature |
| Date 3/5/24 | Date | Date |