# Exhibit D

THE
LEGAL AID
SOCIETY

# PERFORMANCE EVALUATION

## Forensic Social Worker

| | |
|---|---|
| **Name:** Marissa Kubicki | **Date of Review: 3/3/2025** |
| **Division & Location: CDP,PRDU Bronx** | ☐ **Probationary X Annual** |
| **Department: Social Work** | **Date of Hire: 3/1/2023** |

| **PERFORMANCE LEVELS** |
|---|
| Exceeds standards for the position |
| Fully meets all standards for the position |
| Meets some standards for the position |
| Does not meet standards for the position |
| Not applicable |
| ***Please indicate the most applicable performance level for each performance factor listed below. Use the comment section in each area to provide examples that support the performance level listed and to site accomplishments and opportunities for growth.*** |

## Section I – Performance Factors

| **1. Relationships with Clients** | **Reviewer** |
|---|---|
| Conducts thorough, sensitive interviews with clients, eliciting relevant information in a minimum amount of time. | F |
| Establishes good working relationships with clients and their families. Treats them respectfully, responds promptly to calls and requests for information, meets with them as necessary, and explains social work role clearly. | E |
| Deals maturely and effectively with difficult clients and their families using guiding social work principles | F |

| | |
|---|---|
| Maintains client and family confidentiality. | F |
| Shows positive attitude towards clients and work. Is client-centered in approach to cases, and respectful of clients' needs, goals and input. | E |
| Engages the family and/or other significant members of the client's community in working with the client. | F |
| Builds bridges between the client and other members of the representational team including the attorney, paralegal, and investigator. | F |
| Promptly identifies potential ethical conflicts and seeks resolution of them in accordance with Society policies and procedures. | F |

***Comments:***

Marissa is able to build quick rapport with clients and develop a relationship that fosters trust and collaboration. She connects with clients and community supports to help bolster mitigation through collateral documentation. Marissa consults with attorneys at the time of referral and throughout the client's case to ensure that collaboration is effective. It is evident through supervision with Marissa, case consultation, and mitigation review, that client care is the primary focus and that the client's best interest and input are taken into account throughout her time on the case. Marissa is cognizant of potential ethical conflicts in her cases and uses supervision effectively to address any potential concerns and moves forward accordingly. Marissa has been a great benefit to this supervisor in learning client care in this role and remains a asset to the team as a whole with a wealth of knowledge and experience that she happily shares, while remaining open to her own continued growth. It is also important to highlight that Marissa has been able to establish, maintain, and excel in her client care despite her accommodations to schedule. There have been no concerns in her work with clients from a supervisor, attorney, or client perspective.

| 2. Relationships with Office Colleagues | Reviewer |
|---|---|

| | |
|---|---|
| Works collaboratively with other attorneys, social workers, investigators, paralegals, clerical staff and other staff members. Establishes effective working relationships with others, and gains respect, trust, and cooperation of colleagues. | F |
| Treats colleagues respectfully. Submits work assignments to other staff promptly; provides sufficient information and guidance to enable them to complete work assignments; responds promptly to their requests for additional information; is respectful of their views; and apprises them promptly of developments in cases on which they are collaborating. | E |
| Collaborates well with other offices and practices of the Society (JRD, PRDU, Civil). | F |
| Complies with all Legal Aid Society policy and procedures. | F |
| Contributes to office morale. Encourages teamwork and mutual cooperation. | F |
| Willing to help colleagues and to guide or mentor less experienced staff. | E |

***Comments:***
Marissa has been an invaluable member to the team since I started here, sharing resources with myself and other staff due to her longer history with LAS, CDP, and CHS. Marissa is quick to jump in and answer questions other FSWs and attorneys may have about resources or client care. Marissa brings a positive attitude to the office and is engaged in monthly group supervision and monthly PRDU meetings, as appropriate. Marissa has been able to effectively maintain ongoing communication and collaboration with colleagues with her accommodations in place.

| **3. Relationships with Supervisors** | **Reviewer** |
|---|---|

| | |
|---|---|
| Actively participates in supervisory sessions; comes with questions, concerns, successes, case situations. | E |
| Advises supervisor promptly of problems. | F |
| Apprises supervisor of successes. | F |
| Promptly consults with supervisor on all potential conflicts and resolution of any ethical issues presented by a client, case or situation. Follows procedures for conflict resolution. | F |
| Accepts constructive criticism and suggestions with positive attitude. | F |
| Promptly and effectively implements actions agreed to following consultation with supervisor. | F |

Marissa comes to monthly supervision prepared to discuss cases, concerns, and personal growth. She reaches out as needed outside of supervision to address cases in a timely manner.

| | | |
|---|---|---|
| **4. Social Work Skills** | | **Reviewer** |

| | | |
|---|---|---|
| Understands the role of a social worker in a law firm. | | F |
| Establishes and enforces boundaries with clients and their families. | | F |
| Demonstrates understanding of human dynamics. | | E |
| Exercises good judgment. | | E |
| Performs holistic diagnostic interview and accurately assesses clients, their families and their situations. | | F |
| Performs crisis intervention and brief treatment. | | F |
| Accurately assesses lethality, carries out action plan, and documents it. | | F |
| Conducts necessary outreach and field work to engage clients and their families and to develop appropriate plans. | | E |
| Networks with other social service agencies. | | F |
| Makes well-researched referrals. | | F |
| Monitors service provision and clients'/families' participation and progress. | | F |
| Provides effective and thorough case management. | | F |
| Establishes alliances with various agencies. | | F |
| Demonstrates good negotiation and mediation skills. | | F |
| Undertakes relevant case research. | | F |
| Report writing is well-organized, clear and persuasive. | | E |
| Maintains a professional demeanor in court, administrative hearings, or other forums. | | E |
| Demonstrates an ability to process new information and reformulate recommendations. | | F |
| Effective in oral advocacy/testimony. | | F |

| | |
|---|---|
| Marissa has a clear understanding of her role as FSW and is conscious of employing appropriate boundaries with clients and family members, while still being able to go above and beyond. Marissa connects clients and family members with community resources to bolster support and to ensure she is practicing within her scope and the FSW role. Marissa is able to effectively communicate with outside providers to gather supporting documents for mitigation, make appropriate referrals, and advocate for clients. She has been able to establish and maintain relationships with these agencies as a result. Marissa continues to expand her skillset through formal trainings and supervision. | ***Comments:*** |

| **5. Case Preparation & Workload Management** | **Reviewer** |
|---|---|
| Thoroughly preps cases well in advance of court or hearing date. | F |
| Develops a social work plan/theory of mitigation that supports and is guided by the legal strategy. | E |
| Provides well supported recommendations and plans to the court or administrative agency. | F |
| Effectively utilizes all available resources to assist client (including investigators, other social workers, paralegals, supervisors, etc.). | F |
| Complies with case reporting and tracking requirements (e.g. submitting intakes, terminations, case data reports). | F |
| Maintains an organized and complete case file. Obtains all documents and information necessary to prepare the case, and completes progress notes. | F |
| Demonstrates an ability to prioritize. | F |
| Effective at managing time; completes draft of written work in time for a review of the draft prior to court or hearing date. Can manage program referrals, written assignments, program/facility visits, etc. | F |
| Effectively uses all available technology and software (including word processing, spreadsheet, internal e-mail, LAS systems). | F |

***Comments:***

Marissa is communicative with attorneys, clients, and supervisor throughout mitigation development. Marissa has shown her ability to be flexible and prioritize cases as new referrals are received, as clients are encouraged to take on FSW intervention, or as clients come in and out of contact. Marissa is able to prioritize accordingly and is able to identify and address potential barriers as they arise. Marissa has been able to accommodate her workload and case management with her accommodations in place and no concerns have been identified by supervisor, colleagues, or attorneys.

| 6. **Professional Development** | **Reviewer** |
|---|---|
| Stays current on new developments in social work. | F |
| Demonstrates a willingness and ability to learn new skills. | F |
| Attends relevant in-house training programs. | F |
| Actively involved in relevant community/professional organizations. | F |
| Attends relevant external training programs and lectures. | F |
| Demonstrates leadership potential. | F |
| Seeks areas of further professional development. | E |

| ***Comments:*** |
| --- |
| Marissa is engaged in in house trainings for social work to continue her professional growth and has also expressed an interest in outside trainings to continue that expansion. Marissa recently registered for a Mitigation Certificate program offered through NOFSW which is scheduled in May 2025. Marissa has assisted in development of training tools for they attorney staff to help educate on the FSW role and a training for the SW Dept to educate about PRDU. Additionally, Marissa plans to co-host an intro to PRDU for the BX CDP SW team in April 2025. |

| **7. Professionalism** | **Reviewer** |
| --- | --- |

| | |
|---|---|
| Demonstrates a willingness and ability to assume responsibility. | F |
| Works appropriate hours. | F |
| Punctual in attending court, administrative hearings, meetings and appointments. | F |
| Puts in additional time and effort when necessary to better represent clients. | F |
| Observes Society policies and procedures. | F |
| Maintains a professional appearance in the office, field, meetings, conferences, court or administrative hearings. | F |
| Demonstrates commitment to team. | E |
| Interactions with clients, witnesses, opposing counsel, court, administrative agency personnel, and other institutional players and agencies are guided by ethical obligation to clients and informed decisions concerning ethical constraints. | F |
| Ability to work without immediate supervision. | F |
| Adapts well to change. | E |
| Informs office of his/her whereabouts when out of the office for appointments or court, hearings, meetings and/or other work appointments. | F |
| Makes appropriate arrangements for coverage of case and office responsibilities when out on vacation, sick time or other leave. | F |

***Comments:***

Marissa presents herself with the utmost professionalism on all fronts, be that in the office, in court, with clients, colleagues, or outside agencies. Marissa is able to meet each aspect of the FSW role with the professionalism appropriate in any given setting. Marissa documents clearly and completely, so that if she does need to be out of the office, her cases can be understood and addressed by her supervisor if needed. She provides appropriate notice for time off requests and is respectful of others time off as well, being available for case and court coverage as appropriate.

## *COMMENTS*

***Please use this section to summarize overall performance and to highlight areas unique to the position that may not be covered in the Performance Factors section.***

*REVIEWER*

Marissa has been such a great resource to me as I joined the PRDU team, sharing her knowledge and insight into the role through education, documentation, and resources lists. She is open and communicative with the team, through consultation and collaboration. The care she has for her clients and their families is evident through her communication, mitigation, and reflection in supervision. The passion that she has for this work and the LAS mission is inspiring to myself and her teammates. Marissa is always willing to help out and educate other units through collaboration of presentations and trainings and is also eager to expand her own skills through ongoing trainings. It is important to highlight, that while Marissa has been navigating her own personal matters that have led to accommodations in the workplace, her work has not been impacted. She continues to communicate effectively with supervisor, colleagues, and clients. She is always available to take on new referrals and manages her workload and cases without any concern. Marissa is a great asset to PRDU and I look forward to continuing to work with her and seeing continued growth in her professional role.

## *OVERALL RATING*

| | REVIEWER |
|---|---|
| Exceeds standards for the position | |
| Fully meets all standards for the position | |

**Please write specific actions/ objectives for strengthening the weak areas identified and/ or building on strengths. Identify specifically how this is to be accomplished, including the individual's responsibilities, on-the-job coaching, project assignments, academic courses or seminars and professional activities.**

| Action Plans, with deadlines for completion | Resources Required |
|---|---|
| Continue to develop mitigation skills for PRDU specific writing. Marissa has signed up for a Mitigation Certificate Program through NOFSW scheduled for 5/7/2025. | Supervisor, internal/external trainings |
| | |
| | |
| | |
| **Social Worker:** Marissa Kubicki | **Supervisor/Reviewer:** |
| Signature [signature] | Date |
| Date 3/21/25 | Date |