# Exhibit F

4TH FLOOR
NEW YORK NY 10016
Phone: 646-501-7400
Fax: 646-754-9607

January 19, 2025

Patient: **Marissa Kubicki**
MR Number: [redacted]
Date of Birth: [redacted]
Date ofVisit: **1/19/2025**

To whom it may concern

Ms. Marissa Kubicki is followed by me for ankylosing spondylitis with chronic low back pain and I recommended that she use a chair with lumbar support at all times
If you have questions, please do not hesitate to call me.
Sincerely,

Paula Rackoff, MD

reliancematrix
A MEMBER OF THE TOKIO MARINE GROUP

8/6/2025

Marissa B Kubicki
[redacted]

Re: Accommodation Event A-2024-212636

Dear Marissa B Kubicki,

We are pleased to inform you that The Legal Aid Society has granted you the following accommodation based on the current facts, circumstances, and information available:

- Type: Work at home
- Details: Work from home three (3) days per week (Permanent request reviewed in intervals)
- Start Date: 5/2/2025
- End Date: 5/9/2026
- Temporary or Permanent Request: Permanent

**WHAT HAPPENS NEXT?**
Reliance Matrix will follow up with you and The Legal Aid Society periodically to determine whether the accommodation continues to be necessary, appropriate, and effective.

If you need to request additional accommodation to perform the essential functions of your position, it is your responsibility to make that request and to provide any new or additional information to The Legal Aid Society and to Reliance Matrix as soon as possible.

If your request is to extend an existing accommodation, you must contact Reliance Matrix no later than 15 days before your accommodation end date.

*If the above accommodation is for Intermittent Leave:* In addition to following the The Legal Aid Society absence policy, time off work relating to your accommodation must be reported to Reliance Matrix on a timely basis and within the guidelines set by your employer. You may report intermittent absences to Reliance Matrix by calling the Interactive Voice Response System (IVR) at 1(888) 477-5110, online at www.matrixabsence.com or Matrix eServices Mobile App.

Sincerely,
Christine Struzzi
Workforce Accommodations Specialist
Phone: (877) 315-9838 ext. 40338

NYU Langone Health

**Melanie R Graber, MD**
**JOAN H. TISCH CENTER FOR WOMEN'S HEALTH**
159 EAST 53RD STREET
5TH FLOOR
NEW YORK NY 10022-4602
Phone: 646-754-3300
Fax: 917-829-2071

To Whom it May Concern:

Marissa Kubicki is a patient under my medical care for the treatment and monitoring of autoimmune/auto-inflammatory disease. This is a chronic condition that requires ongoing treatment and follow up evaluations. Due to Ms. Kubicki's chronic pain and limited range of motion to the spine and other joints, heavy lifting, prolonged sitting/standing, along with high impact activities can cause injury and increase limitations.

It is my medical opinion that she is approved to work from home for 3 days, followed by working in-person for the next 2 days of the work week. This is to aid with limiting the need for frequent ambulation due to pain and limited mobility, and to reduce the exposure of illnesses.
Please note that this is a chronic condition that requires ongoing treatment and accommodations. We urge you to consider this request for work accommodations so that the patient has reasonable access to the necessary treatments and resources.

If you have any questions, please do not hesitate to call our office.

Thank you,
Melanie Graber, MD

RE: Kubicki, Marissa -- [redacted]



MyChart® licensed from Epic Systems Corporation© 1999 - 2025