# Exhibit G

Outlook

## Re: Amended Permanent ADA Accommodation

**From** Kim Wirt <kwirt@legal-aid.org>
**Date** Tue 12/9/2025 9:56 AM
**To** Marissa Kubicki <MKubicki@legal-aid.org>; Laura Walsh <lwalsh@legal-aid.org>; Christine Struzzi <christine.struzzi@reliancematrix.com>
**Cc** Katherine Pecore <kpecore@legal-aid.org>; Employee Relations <EmplRelations@legal-aid.org>; Lucy Herschel <LHerschel@legal-aid.org>; Antoinette Washington <antoinette.washington@1199.org>; Taleisha Reid <taleisha.reid@1199.org>

Good morning Laura,

I'm following up to request an interim accommodation for Marissa while this accommodation is discussed with management. There is a well-established past practice that interim accommodations are provided while waiting for approval that seems to have stopped this year.

To be clear, Marissa's doctor has requested that she **limit** her time in court. Marissa is able and ready to perform the essential functions of her job, which include being in court for clients as needed. However, I have concerns that her supervisors are changing the essential functions of her job, without communication or bargaining with the union, to avoid approving this accommodation. This change includes unnecessary time in court that Marissa, and other PRDU FSWs, have expressed take away from their essential job functions, like client and attorney communication. While this is being dealt with separately with PRDU supervisors, we are concerned this change directly impacts Marissa in being approved for this accommodation request.

Please confirm that Marissa may have an interim accommodation to avoid unnecessary time in court that is outside the established job duties.

Thank you,
Kim

Kim Wirt, LCSW (they/them)
Forensic Social Worker
929-946-0571

---

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Monday, December 1, 2025 1:02 PM
**To:** Laura Walsh <lwalsh@legal-aid.org>; Christine Struzzi <christine.struzzi@reliancematrix.com>
**Cc:** Kim Wirt <kwirt@legal-aid.org>; Katherine Pecore <kpecore@legal-aid.org>; Employee Relations <EmplRelations@legal-aid.org>
**Subject:** Re: Amended Permanent ADA Accommodation

Thank you for following up and for the update.

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Laura Walsh <lwalsh@legal-aid.org>
**Sent:** Monday, December 1, 2025 12:48 PM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>; Christine Struzzi <christine.struzzi@reliancematrix.com>
**Cc:** Kim Wirt <kwirt@legal-aid.org>; Katherine Pecore <kpecore@legal-aid.org>; Employee Relations <EmplRelations@legal-aid.org>
**Subject:** Re: Amended Permanent ADA Accommodation

Hi Marissa,
Thanks for meeting last week. Confirming receipt of your email and request. Per our discussion, I will move forward with next steps as it relates to court coverage days/assignments and the requirement to sit in court for 1 hour during that shift when not scheduled to meet with clients. You are sharing that you are still readily available to manage that onsite need but would ask to "wait" from your office.

Please be in touch if you have any questions in the interim.

**Laura Walsh, LMSW** (she/her)
Sr. Employee Relations Specialist
lwalsh@legal-aid.org
For general inquiries: HumanResources@legal-aid.org
Cell: 347-346-1432

---

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Monday, November 24, 2025 1:47 PM
**To:** Laura Walsh <lwalsh@legal-aid.org>; Taryn Anderson <TJAnderson@legal-aid.org>; Christine Struzzi <christine.struzzi@reliancematrix.com>
**Cc:** Kim Wirt <kwirt@legal-aid.org>; Katherine Pecore <kpecore@legal-aid.org>
**Subject:** Amended Permanent ADA Accommodation

Good Afternoon Everyone

I hope all is well.

My doctor recently advised me to adjust my ADA Accommodation due to being placed on immunosuppressant therapy for my medical condition. I have a permanent accommodation (see

attached) for two days in person and three days work from home. In my accommodation, it also notes to limit prolonged sitting and standing. I have a specialized chair in my office, which I have an ADA Equipment Accommodation for in order for me to comfortably be in the office. Furthermore, it also mentions the need to limit exposure to illnesses as a chronically ill individual.

Due to starting immunosuppressant therapy, my accommodation has been revised to explicitly state the need to limit Court interactions to meeting with clients, speaking on the record, client emergencies, etc. to limit the exposure to infectious diseases as an immunosuppressed individual. This addendum was added to my previous accommodation and the request is also for this to be a permanent accommodation.

My supervisors Rebekah Almanzar and Jackie Quigley are not aware of this amended accommodation at this time because I am wanting to keep my medical treatment private from my supervisors.

I have cc'd Christine Struzzi, who is my assigned Matrix rep, Kim Wirt, 1199 Delegate and Kat Pecore, DALA Rep.

Please let me know next steps. Thank you!

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

NYU Langone Health

**Melanie R Graber, MD**
**JOAN H. TISCH CENTER FOR WOMEN'S HEALTH**
159 EAST 53RD STREET
5TH FLOOR
NEW YORK NY 10022-4602
Phone: 646-754-3300
Fax: 917-829-2071

To whom it may concern,

Ms. Marissa Kubicki is a patient under my medical care for the treatment and monitoring of autoimmune/auto-inflammatory disease. This is a chronic condition that requires ongoing treatment and follow up evaluations. Due to Ms. Kubicki's chronic pain and limited range of motion to the spine and other joints, heavy lifting, prolonged sitting/standing, along with high impact activities can cause injury and increase limitations.

It is my medical opinion that she is approved to work from home for 3 days, followed by working in person for the next 2 days of the work week. This is to aid with limiting the need for frequent ambulation due to pain and limited mobility, and to reduce the exposure of illness.

Furthermore, it is my medical opinion that Ms. Kubicki has limited Court interaction as she is on immunosuppressive therapy and is at increased risk of contracting severe infections. Taking appropriate and reasonable precautions to mitigate infection risk as best as possible, Ms. Kubicki will attend Court when she is required to assist an active client with an open case, speak on the record during a hearing and/or provide emergency social work intervention to a client during her Court coverage days. This is recommended in order to limit excessive and unnecessary exposure that can result in serious illness and/or potential hospitalization to Ms. Kubicki.

I urge you to consider this request for work accommodations so that the patient has reasonable access to the necessary treatments & resources, and is not unnecessarily or excessively exposed to infections.

I will continue to assess her need for accommodations and will adjust recommendations as appropriate however, please note that this is a chronic condition that requires ongoing treatment and accommodation.

If you have any questions, please do not hesitate to call our office.

NYU Langone Health
Joan H. Tisch Center for Women's Health
159 East 53rd street, 5th Floor
New York, New York 10022

Sincerely,

MGraber MD

Melanie Graber, MD