# Exhibit H

Outlook

## Fw: Amended Permanent ADA Accommodation

**From** Marissa Kubicki <MKubicki@legal aid.org>
**Date** Fri 4/17/2026 4:41 PM
**To** Marissa <marissabkubicki@gmail.com>

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Wednesday, December 10, 2025 4:02 PM
**To:** Laura Walsh <lwalsh@legal-aid.org>; Kim Wirt <kwirt@legal-aid.org>; Christine Struzzi <christine.struzzi@reliancematrix.com>
**Cc:** Katherine Pecore <kpecore@legal-aid.org>; Employee Relations <EmplRelations@legal-aid.org>; Lucy Herschel <LHerschel@legal-aid.org>; Antoinette Washington <antoinette.washington@1199.org>; Taleisha Reid <taleisha.reid@1199.org>
**Subject:** Re: Amended Permanent ADA Accommodation

Thank you for following up.

And no, I will be on Court coverage next week Tuesday 12/16 and Wednesday 12/17.

For transparency, here are the rest of my court coverage days for the rest of the month: 12/22, 12/29 and 12/30.

Thanks again and will look forward to your email at the end of the week.

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society

260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Laura Walsh <lwalsh@legal-aid.org>
**Sent:** Wednesday, December 10, 2025 3:59 PM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>; Kim Wirt <kwirt@legal-aid.org>; Christine Struzzi <christine.struzzi@reliancematrix.com>
**Cc:** Katherine Pecore <kpecore@legal-aid.org>; Employee Relations <EmplRelations@legal-aid.org>; Lucy Herschel <LHerschel@legal-aid.org>; Antoinette Washington <antoinette.washington@1199.org>; Taleisha Reid <taleisha.reid@1199.org>
**Subject:** Re: Amended Permanent ADA Accommodation

Hi Marissa,
Thanks for the email and update. I discussed an interim accommodation with your supervisory group today and hope to have an update for you by the end of the week. It is my understanding that you will be on "court coverage" Monday and Tuesday of next week.

**Laura Walsh, LMSW** (she/her)
Sr. Employee Relations Specialist
lwalsh@legal-aid.org
For general inquiries: HumanResources@legal-aid.org
Cell: 347-346-1432

---

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Wednesday, December 10, 2025 3:49 PM
**To:** Kim Wirt <kwirt@legal-aid.org>; Laura Walsh <lwalsh@legal-aid.org>; Christine Struzzi <christine.struzzi@reliancematrix.com>
**Cc:** Katherine Pecore <kpecore@legal-aid.org>; Employee Relations <EmplRelations@legal-aid.org>; Lucy Herschel <LHerschel@legal-aid.org>; Antoinette Washington <antoinette.washington@1199.org>; Taleisha Reid <taleisha.reid@1199.org>
**Subject:** Re: Amended Permanent ADA Accommodation

Hello Everyone

Thanks Kim for reaching out.

I also want to emphasize the need for my interim accommodation. I submitted this amended accommodation on November 24th, 11 business days ago.

It is noted by my doctor that going to Court outside of my outlined Court coverage requirements puts me at an increased risk for "serious illness and/or potential hospitalization". Since the accommodation was submitted, I have gone into Court 5 times, only 1 of which I had an active client. The other 4 times I

was put in a situation of unnecessary and excessive exposure to infections, as my doctor noted. I am wondering why I am actively being put in a situation to not follow my doctor's orders.

Again, to reiterate what Kim shared and Laura, what I shared with you when we met virtually on 11/25, I am still very much able and willing to go to Court when I have an active client, when a client is experiencing an emergency (i.e. suicidal ideation, etc.) and/or to speak on the record during a hearing.

I have to go back into the office next week, 12/16. Please let me know if I can follow my doctor's medical advice while management is still reviewing and discussing.

Thank you.

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Kim Wirt <kwirt@legal-aid.org>
**Sent:** Tuesday, December 9, 2025 9:56 AM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>; Laura Walsh <lwalsh@legal-aid.org>; Christine Struzzi <christine.struzzi@reliancematrix.com>
**Cc:** Katherine Pecore <kpecore@legal-aid.org>; Employee Relations <EmplRelations@legal-aid.org>; Lucy Herschel <LHerschel@legal-aid.org>; Antoinette Washington <antoinette.washington@1199.org>; Taleisha Reid <taleisha.reid@1199.org>
**Subject:** Re: Amended Permanent ADA Accommodation

Good morning Laura,

I'm following up to request an interim accommodation for Marissa while this accommodation is discussed with management. There is a well-established past practice that interim accommodations are provided while waiting for approval that seems to have stopped this year.

To be clear, Marissa's doctor has requested that she **limit** her time in court. Marissa is able and ready to perform the essential functions of her job, which include being in court for clients as needed. However, I have concerns that her supervisors are changing the essential functions of her job, without communication or bargaining with the union, to avoid approving this accommodation. This change includes unnecessary time in court that Marissa, and other PRDU FSWs, have expressed take away from their essential job functions, like client and attorney communication. While this is being dealt with separately with PRDU supervisors, we are concerned this change directly impacts Marissa in being approved for this accommodation request.

Please confirm that Marissa may have an interim accommodation to avoid unnecessary time in court that is outside the established job duties.

Thank you,
Kim

Kim Wirt, LCSW (they/them)
Forensic Social Worker
929 946 0571

---

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Monday, December 1, 2025 1:02 PM
**To:** Laura Walsh <lwalsh@legal-aid.org>; Christine Struzzi <christine.struzzi@reliancematrix.com>
**Cc:** Kim Wirt <kwirt@legal-aid.org>; Katherine Pecore <kpecore@legal-aid.org>; Employee Relations <EmplRelations@legal-aid.org>
**Subject:** Re: Amended Permanent ADA Accommodation

Thank you for following up and for the update.

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Laura Walsh <lwalsh@legal-aid.org>
**Sent:** Monday, December 1, 2025 12:48 PM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>; Christine Struzzi <christine.struzzi@reliancematrix.com>
**Cc:** Kim Wirt <kwirt@legal-aid.org>; Katherine Pecore <kpecore@legal-aid.org>; Employee Relations <EmplRelations@legal-aid.org>
**Subject:** Re: Amended Permanent ADA Accommodation

Hi Marissa,
Thanks for meeting last week. Confirming receipt of your email and request. Per our discussion, I will move forward with next steps as it relates to court coverage days/assignments and the requirement to sit in court for 1 hour during that shift when not scheduled to meet with clients. You are sharing that you are still readily available to manage that onsite need but would ask to "wait" from your office.

Please be in touch if you have any questions in the interim.

**Laura Walsh, LMSW** (she/her)
Sr. Employee Relations Specialist
lwalsh@legal-aid.org
For general inquiries: HumanResources@legal-aid.org
Cell: 347-346-1432

---

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Monday, November 24, 2025 1:47 PM
**To:** Laura Walsh <lwalsh@legal-aid.org>; Taryn Anderson <TJAnderson@legal-aid.org>; Christine Struzzi <christine.struzzi@reliancematrix.com>
**Cc:** Kim Wirt <kwirt@legal-aid.org>; Katherine Pecore <kpecore@legal-aid.org>
**Subject:** Amended Permanent ADA Accommodation

Good Afternoon Everyone

I hope all is well.

My doctor recently advised me to adjust my ADA Accommodation due to being placed on immunosuppressant therapy for my medical condition. I have a permanent accommodation (see attached) for two days in person and three days work from home. In my accommodation, it also notes to limit prolonged sitting and standing. I have a specialized chair in my office, which I have an ADA Equipment Accommodation for in order for me to comfortably be in the office. Furthermore, it also mentions the need to limit exposure to illnesses as a chronically ill individual.

Due to starting immunosuppressant therapy, my accommodation has been revised to explicitly state the need to limit Court interactions to meeting with clients, speaking on the record, client emergencies, etc. to limit the exposure to infectious diseases as an immunosuppressed individual. This addendum was added to my previous accommodation and the request is also for this to be a permanent accommodation.

My supervisors Rebekah Almanzar and Jackie Quigley are not aware of this amended accommodation at this time because I am wanting to keep my medical treatment private from my supervisors.

I have cc'd Christine Struzzi, who is my assigned Matrix rep, Kim Wirt, 1199 Delegate and Kat Pecore, DALA Rep.

Please let me know next steps. Thank you!

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll