# Exhibit J

Outlook

## Re: Notes from meeting with Laura Walsh 12/26/25

**From** Marissa Kubicki <MKubicki@legal-aid.org>
**Date** Fri 12/26/2025 4:37 PM
**To** Hayley Feldman <hfeldman@legal-aid.org>
**Cc** Kim Wirt <kwirt@legal-aid.org>

Thanks Hayley for taking notes and jumping in to help last minute today!

I also want to add a few notes for documentation:

-I named that it is very troublesome that HR is believing what is verbally being told by Rebekah and Jackie in terms of court coverage, rather than believing what is being documented and what has been sent twice so far to Laura

-I stated that I have felt gaslit in this process by having documentation on what Court coverage is, HR believing what is verbally being told them and that I was put in a position to change my accommodation in order to safeguard myself since my job description has changed

-Laura also asked invasive questions as to how I socially protect myself from exposure

-I stated that LAS has to prove that there is an undue burden by my accommodation request and that is not evident to me considering my accommodation mirrors what the Court coverage request email states and has been job thus far

-PPE was the only "alternative accommodation" that was offered to me

-I ended the meeting by naming that I do not want it be perceived that I'm not engaging in the interactive process and/or denying any assistance

I think that's everything, thanks!

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

**From:** Hayley Feldman <hfeldman@legal-aid.org>
**Sent:** Friday, December 26, 2025 4:13 PM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>
**Cc:** Kim Wirt <kwirt@legal-aid.org>
**Subject:** Notes from meeting with Laura Walsh 12/26/25

- Laura acknowledges that the court coverage days and what that necessitates of the social workers is being litigated in the grievance process
- Marissa brings up that in Jackie's emails about the court coverage process Jackie is communicating to attorney's that they will be in the office and to communicate to social workers if they are needed
  - Laura says if this is the case she doesn't understand what accommodation is needed
- Laura said she was told that it's expected that the social workers are needed to be in court all day for court coverage days
- They are denying Marissa's request to sit across the street in the Legal Aid Office and come to court as needed
- If Legal Aid can't meet Marissa's accommodation she may need to look into other positions at Legal Aid
  - This was brought up numerous times
- Marissa was firm in that she is not comfortable with any accommodation outside of what her doctor is recommending
- Laura asks if Marissa thinks/understands why it's necessary for an FSW to have a presence in court (very patronizing)
- Laura said she asked why Marissa was filing for accommodation in the beginning because according to Marissa's interpretation of the court coverage requirements, nothing has changed
  - I said she was being proactive, as there is clearly a miscommunication between what is being told to HR/Management and what is being communicated to attorneys and FSWs in PRDU
- Marissa said she has never had to disclose this much private medical information at a job before when advocating for medical accommodations

Hayley Feldman, LMSW
Mitigation Specialist- Homicide Defense Task Force
Phone: 347-978-6246
Fax: 646-616-4405
Pronouns: She/Her/Hers
THE
LEGAL AID
SOCIETY
Justice in Every Borough.