# Exhibit L

Gmail [redacted]bkubicki@gmail.com>

## The Legal Aid Society: Marissa B Kubicki - A[redacted]

2 messages

**Maia Raspberry** <maia.raspberry@reliancematrix.com> [redacted]i, Jan 2, 2026 at 12:18 PM
To: "marissabkubicki@gmail.com" <marissabkubicki@gmail.com>

Dear Marissa B Kubicki,

Your employer has indicated that additional information is needed to help identify a reasonable workplace accommodation.

Please review the attached document with your healthcare provider and ensure required information is provided to Reliance Matrix within 15 days from today.

Thank you,
Christine Struzzi
Workforce Accommodations Specialist
Reliance Matrix
(877) 315-9838 ext. 40338
christine.struzzi@matrixcos.com

NOTICE:??CONFIDENTIALITY AND PROPRIETARY INFORMATION NOTICE: This email, including? attachments, is covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and contains confidential information belonging to the sender which may be legally privileged.?

The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance of the contents of this information is strictly prohibited.

If you have received this electronic transmission in error, please immediately notify the sender by return e-mail and delete this message from your computer or arrange for the return of any transmitted information.

**Marissa B Kubicki - A-2024-212636 More Discovery Needed.pdf**
9K

**Marissa** <marissabkubicki@gmail.com> Fri, Jan 2, 2026 at 1:00 PM
To: Maia Raspberry <maia.raspberry@reliancematrix.com>
Cc: Kim Wirt <Kimberly.wirt@gmail.com>

Hello Maia

Thank you for reaching out and apologies for missing your call.

As stated in the email I sent from the Legal Aid servers, there is currently a Step 3 Grievance that was filed by the Union in reference to the change in my job description as it relates to my accommodation. The primary delegate on the grievance, Kim Wirt, cc'd here, is out on vacation until 1/5/26.

I would need to speak to them and await further instruction on how to best move forward as it relates to the grievance.

Furthermore, it is important to note that my medical provider DOES NOT have any availability to meet with me within the next two weeks to get any additional information that Legal Aid is requesting. That is not a reasonable timeframe, especially for a medical specialist, as they are typically booked out for a month in advance.

Thank you.

Best,

Marissa Kubicki

[Quoted text hidden]

reliancematrix
A MEMBER OF THE TOKIO MARINE GROUP

1/2/2026

Marissa B Kubicki
[redacted]

Re: Accommodation Event A-2024-212636

Dear Marissa B Kubicki,

Reliance Matrix has been notified that The Legal Aid Society requires additional information to consider your request for accommodation. The following information from you and/or your Healthcare Provider is needed:

***The following information is needed from your healthcare provider:***

**The current job function, twice a week the employee is scheduled for court coverage and during this coverage they are expected to be onsite/in the court house- by doing this we intend to strengthen interdisciplinary collaboration, improve early client engagement, and achieve outcomes consistent with our mission and professional standards. The expectation remains that all PRDU FSW's are to be in court on their designated court coverage days.**

**Based on this expectation and their request for a reasonable accommodation, we are working with the employee to consider alternative accommodations, and we recommend they speak to you about this as well. The employee did not want to go against your medical recommendations, therefore we wanted to reach out to understand if there are any other alternative accommodations that The Legal Aid Society (LAS) can consider that would allow this employee to be onsite in the court house, as it stands 2x per week and up to 7 hours per day. The employee currently has an accommodation to from home 3x per week. When sitting in their LAS office they have ergo chair and air purifier. When considering alternatives, LAS had made suggestions based on the functional limitations noted in the medical. As possible alternatives, PPE and regular breaks throughout the workday were suggested as possibilities. Any additional information you can provide that would allow us to consider alternatives or if you have any alternative accommodations that can be considered given the current expectation for onsite court coverage would be greatly appreciated.**

**Healthcare provider name:** ________________________
**Signature:** ________________________________
**Specialty:** ________________________________
**Date of completion:** ________________________

Once this information is received, Reliance Matrix will be in contact with you and your employer to discuss the next steps in the process. Failure to return the requested information within 15 calendar days from the date of this letter could impact the decision of your accommodation.

Please contact me if you would like assistance with gathering the necessary information.

**WHERE TO SEND DOCUMENTATION:**
Upload documents directly to your claim by Mobile App or online: Matrix eServices | www.matrixabsence.com
Mail: 2421 W. Peoria Avenue Suite 300 Phoenix, AZ 85029
Fax: 877-670-2892

Sincerely,
Christine Struzzi
Workforce Accommodations Specialist
Phone: (877) 315-9838 ext. 40338