# Exhibit N

Outlook

## Fw: SW Court Coverage

**From** Marissa Kubicki <MKubicki@legal aid.org>
**Date** Wed 1/28/2026 12:19 PM
**To** Marissa <marissabkubicki@gmail.com>

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Juni Ozzengett <JOzzengett@legal-aid.org>
**Sent:** Wednesday, January 28, 2026 11:37 AM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>
**Subject:** Re: SW Court Coverage

Hi Marissa, thank you for checking in!

I'm not aware of any particular case. I believe Jackie touched base with Abby on a case earlier, but just in case, I recommend sending an inquiry on the Bronx Teams chat to see if there are any other SW needs.

Thanks,
Juni

**Juni Ozzengett**
**Supervising Attorney (She/Her)**
**The Legal Aid Society of New York**
**Parole Revocation Defense Unit**
**199 Water Street**
**New York, NY 10038**
**Mobile/Text: 347-501-2220**
**Office Line: 212-577-3500**
**Jozzengett@legal-aid.org**

---

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Wednesday, January 28, 2026 10:46 AM
**To:** Juni Ozzengett <JOzzengett@legal-aid.org>
**Subject:** SW Court Coverage

Hi Juni

I hope all is well with you!

If anything is needed for prelims today, feel free to let me know!

Thank you and have a great day.

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace