# Exhibit O

Outlook

## Fw: Short Term Disability Request/FMLA

**From** Marissa Kubicki <MKubicki@legal aid.org>
**Date** Wed 1/28/2026 4:30 PM
**To** Marissa <marissabkubicki@gmail.com>

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Wednesday, January 28, 2026 3:11 PM
**To:** HR Benefits <hrbenefits@legal-aid.org>
**Cc:** Ted Jiggetts <tjiggetts@legal-aid.org>; Kim Wirt <kwirt@legal-aid.org>
**Subject:** Re: Short Term Disability Request/FMLA

Of course! Thank you!

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** HR Benefits <hrbenefits@legal-aid.org>
**Sent:** Wednesday, January 28, 2026 3:05 PM
**To:** Marissa Kubicki <mkubicki@legal-aid.org>
**Cc:** Ted Jiggetts <tjiggetts@legal-aid.org>; Kim Wirt <kwirt@legal-aid.org>
**Subject:** Re: Short Term Disability Request/FMLA

Hi Marissa,

Thank you for keeping us updated. We'll be on the lookout for the note and any paperwork.

Thanks!

Mabelin Martinez
Leave Specialist - HR Benefits
199 Water Street, 6th Floor
New York, NY 10038
mamartinez@legal-aid.org
General HR Benefits Inquiries: hrbenefits@legal-aid.org

On January 28, 2026 at 7:49:41 PM UTC, mkubicki@legal aid.org wrote:

> Thank you for this information.
>
> I filed a claim with Matrix, which is currently pending.
>
> As I shared, when my doctor returns to the office tomorrow morning, she will send over all the completed paperwork for 1199 and a medical provider note. Once received, I will share the documents on this thread.
>
> I also already emailed Rebekah Almanzar and Jackie Quigley, in regard to my leave beginning on 2/2/6 and my anticipated return to work date.
>
> If there is anything else needed, please let me know.
>
> Marissa Kubicki, LMSW
> Forensic Social Worker
> Parole Revocation Defense Unit
> The Legal Aid Society
> 260 E. 161st Street
> Bronx, NY 10451
> C-646-784-1516
> F-646-390-4062
> *pronouns: she/her/ella*
> *Justice in Every Borough*
> #FreeThemAll
> #NoJusticeNoPeace

**From:** HR Benefits <hrbenefits@legal-aid.org>
**Sent:** Wednesday, January 28, 2026 2:45 PM
**To:** Marissa Kubicki <mkubicki@legal-aid.org>
**Cc:** Ted Jiggetts <tjiggetts@legal-aid.org>; Kim Wirt <kwirt@legal-aid.org>
**Subject:** Re: Short Term Disability Request/FMLA

Hi Marissa,

Thank you for reaching out to let us know. I've shared information on the 1199 Medical Leave process below, which includes the steps on how to apply for both STD and FMLA along with the attached necessary documentation. Please let me know if you have any questions once you have reviewed and began the process. Happy to connect over a phone call if needed.

**Medical Leave/Short Term Disability (STD)**
**Leave Reason:** Own Medical Health Condition
**Union: 1199 Staff**

This type of leave applies to employees who cannot work following five consecutive sick days of being absent due to a disability or medical illness. The elimination period for NY Disability (NYDBL) is 5 business days. On the sixth day of absence, the employee is required to apply for a Medical Leave/Short Term Disability (also known as NY Disability Leave). **Please note that the disability leave start date is the first date you were unable to work due to your medical condition.** *Employees who are aware of time off being needed beyond five consecutive days do NOT need to wait for the 5-day sick leave elimination period to begin the Medical Leave process.*

**Payment Information**: As an 1199 union member, the first 5 days of a Medical Leave are paid as full sick days and then you will receive 2/3 sick pay after that until your sick time has exhausted or up until your estimated leave end date included on the doctor's note, whichever occurs first. Once 1199 approves STD, 1199 will send you the disability payment directly.

**Step 1: LAS Leave Request Form – Must be done with a 30-day notice or as soon as possible**
As early as 30 days prior to your projected leave start date/due date, you may begin completing the Leave of Absence Request Form by clicking the following link- **Leave of Absence Request Form**. Please attach the required initialdoctor's note.

- The doctor's note must include the dates of disability or illness and an estimated return date/evaluation date along with the name, address, and telephone number of the attending physician. The health care provider is not required to specify the medical reason for the leave in this doctor's note.

**Step 2: File for 1199 Short-Term Disability – STD:**
Please complete and submit Parts A & B of the 1199 STD Form document provided to you by the HR Leave Specialist. Once completed, please submit it to HR Benefits, hrbenefits@legal-aid.org and cc' the HR Leave Specialist's, Ted Jiggetts tjiggetts@legal aid.org and Mabelin Martinez mamartinez@legal aid.org. HR will

complete Part C and submit all forms to the 1199 Benefits Fund on your behalf. Once 1199 receives all the required documentation, they will review and determine whether the leave is approved. You should expect to receive information and status updates directly from 1199. You may also contact the 1199 Benefit Fund at (646) 473 9200 for updates.

**Step 3: File an FMLA Claim with Reliance Matrix:**

All LAS staff are required to file an FMLA claim through Reliance Matrix, which is the third-party vendor that administers FMLA for Legal Aid. FMLA provides eligible staff with up to 12 weeks of unpaid job protected time off. This portion of your leave runs concurrently with the 1199 STD benefits, although Matrix does **NOT** manage STD for 1199 union members. To file a claim, you can either do so on the Reliance Matrix website portal: www.matrixabsence.com or by calling them on (877) 202-0055. For additional instructions, please refer to the attached document "Employee Matrix How to File". You will receive a claim packet with information and the necessary documentation that must be completed by the doctor. Once the medical documentation is completed and submitted back to them, they will review and provide a determination. ***Please note that Matrix will only determine and provide status updates on your FMLA claim. For status updates on your Short-Term Disability (STD) benefits, you must contact the 1199 Benefit Fund at (646) 473-9200.***

**Returning to Work?**

1. Prior to returning to work you must submit a clearance document directly to the HR Leave Specialists stating that you are cleared to return **without restrictions**. *Please note that this clearance note is for LAS record purposes and is separate from any documentation previously submitted to 1199 and Matrix.*

- If there are any restrictions or accommodations that Legal Aid should be made aware of, please ask the doctor to include the necessary information on the letter: **(1)** the nature and severity of your condition, **(2)** how long the condition is expected to last or if it is ongoing, **(3)** any limitations affecting your ability to perform the essential functions of your job, and **(4)** the specific accommodations needed, why they are necessary, and for how long. LAS will need to review any restrictions or accommodations under the Reasonable Accommodation Request (RAR) process prior to you reporting for work, which is managed by the HR Employee Relations Team.

1. Once the doctor's note is submitted to the HR Leave Specialist, we will review and confirm clearance to return-to-work. **Please do not report for work until you have submitted the clearance doctor's note and receive confirmation of clearance from the HR Leave Specialists.**
2. On the date of your return, your direct supervisor and office manager should be made aware that you have reported for work. The managers will then submit the necessary document to HR, which we will use to update your status and add you back on active payroll.

*** Employees who are returning after the current payroll transmission/closing date (3 business days prior to pay date) should expect to start receiving payment in the following pay period. Please review LAS's payroll calendar for more information.**

**Important Reminders:**

1. We provide 2 weeks (10 business days) from the leave commencement date to submit the LAS Leave Request Form and file a claim with Matrix and 1199 (1199 Staff Only).
2. If you have not submitted the Leave Request Form and/or filed the claims within that initial 10-day period, you will receive the 1st notice as a reminder. You will be allowed 2 additional weeks (10 business days) to complete.
3. If no action is taken, a 2nd notice will be sent out. You will receive 2 additional weeks (10 business days) to complete.
4. For the 3rd notice, you will be provided with 1 additional week (5 business days) to complete. If you continue to not respond and/or act, your employment may be terminated.

***Disclaimer: if you receive a termination letter, you may apply to have that determination rescinded upon providing satisfactory information/documentation excusing your failure to follow the required process.***

Mabelin Martinez
Leave Specialist - HR Benefits
199 Water Street, 6th Floor
New York, NY 10038
mamartinez@legal-aid.org
General HR Benefits Inquiries: hrbenefits@legal-aid.org

On January 28, 2026 at 6:15:36 PM UTC, mkubicki@legal aid.org wrote:

> Hello Everyone
>
> I wanted to follow up on this and share my doctor messaged me and said she is not in the office today but will upload everything first thing tomorrow morning.
>
> Thank you.

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Wednesday, January 28, 2026 11:35 AM
**To:** Kim Wirt <kwirt@legal-aid.org>
**Subject:** Fw: Short Term Disability Request/FMLA

I forgot to cc you. I'm so sorry. I'll include you moving forward on the other emails.

Get [Outlook for iOS]

---

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Wednesday, January 28, 2026 11:14:29 AM
**To:** Ted Jiggetts <tjiggetts@legal-aid.org>
**Cc:** Mabelin Martinez <mamartinez@legal-aid.org>; HR Benefits <hrbenefits@legal-aid.org>
**Subject:** Short Term Disability Request/FMLA

Good Morning

My medical provider has advised me that I need to take a disability-based leave.

I am for that reason requesting Family and Medical Leave as well as accompanying short-term disability coverage during that time.

My doctor has recommended that my leave begin February 2nd 2026 with an anticipated return date of April 17th, 2026.

My doctor has completed a letter; however, there is currently a glitch in the NYU system and there is issue with sending over signed copies. We are currently in communication about this and once received, I will send over the letter.

Please send me the forms required for my FMLA leave request and short term disability request.

Thank you.

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace