# Exhibit P

Outlook

## Fw: Update from Employee Relations: Accommodations

**From** Marissa Kubicki <MKubicki@legal aid.org>
**Date** Thu 1/29/2026 5:12 PM
**To** Marissa <marissabkubicki@gmail.com>

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Laura Walsh <lwalsh@legal-aid.org>
**Sent:** Thursday, January 29, 2026 5:06 PM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>
**Cc:** Employee Relations <EmplRelations@legal-aid.org>; Kim Wirt <kwirt@legal-aid.org>
**Subject:** Update from Employee Relations: Accommodations

Hi Marissa,
I am following up on your request for an accommodation and in an effort to continue the interactive process. It is my understanding that you will not be providing additional medical clarification, as requested. In light of this, I have had continued conversations with your supervisory group regarding your request and based on these conversations, we would like to propose the alternative reasonable accommodation in order to manage your court coverage shifts while limiting court interaction:

1. Jackie or Rebekah will screen the VORR's for prelims and recogs sent to them by Lorraine for the cases on intake
2. Jackie/Rebekah will email you the cases that should be prioritized for assessment before 10am.
3. You will go to court at 10am to tell the prelim and/or recog attorneys assigned to the prioritized clients that they could benefit from a SW assessment and ask for their yes/no to move forward with the assessment.
4. You will complete assessments with the client that have been given a yes by the attorney.
5. After the assessment(s) is complete, you will check back in with the attorney in court to give them information about the assessment that could be useful for the hearing and ask about the timing of the hearing.

1. If the hearing is happening in the immediate, you will stay for the hearing to be available to the Judge, PRS, attorney and client for questions and/or support.
2. If the hearing is not happening in the immediate, you can inform the attorney that you will be available either in the court office on the 5th floor or across the street at our main office, and will come back for the hearing when it is ready to proceed either with an agreed upon time or by contact from the attorney through text/Teams/email.

6. Once all assessments and hearings have concluded for the day, you will respond to the email sent by Jackie/Rebekah with a summary of what happened with each case and client. (if you needed a sample of what this email would look like, Rebekah and Jackie would be happy to send something along).

To start, the accommodation is approved for 6 months. Since your medical documentation speaks to the ongoing need for an accommodation, at the end of the duration and assuming it is working for you, I would review the recommendation again with your supervisory group. As always and with any accommodation approval, if there are any issues with the accommodation prior to the end of the 6 month period, I would ask that you reach out to me to review/discuss and so we can address any of those concerns.

Please let me know if you have any questions or would like to schedule a time to review this information, I remain available. I look forward to hearing from you.

**Laura Walsh, LMSW** (she/her)
Sr. Employee Relations Specialist
The Legal Aid Society
199 Water Street
New York, NY 10038
lwalsh@legal-aid.org
Cell: 347-346-1432

THE
LEGAL AID
SOCIETY