# Exhibit R

Outlook

**Fwd: Fw: Social Work and Video Mitigation Newsletter January 2026!**

**From** Kim Wirt <kimberly.wirt@gmail.com>
**Date** Mon 2/9/2026 2:12 PM
**To** Marissa <marissabkubicki@gmail.com>

1 attachment (8 MB)
Jan 2026 MH.pdf;

---------- Forwarded message ---------
From: **Kim Wirt** <kwirt@legal-aid.org>
Date: Mon, Feb 9, 2026 at 2:11 PM
Subject: Fw: Social Work and Video Mitigation Newsletter January 2026!
To: Kim Wirt <kimberly.wirt@gmail.com>

Kim Wirt, LCSW (they/them)
Forensic Social Worker
929 946 0571

---

**From:** Yonzel Burt <yburt@legal-aid.org>
**Sent:** Monday, February 9, 2026 1:22 PM
**To:** CDP All <CDP_All@legal-aid.org>
**Cc:** Tina Luongo <JMLuongo@legal-aid.org>
**Subject:** Social Work and Video Mitigation Newsletter January 2026!

Hello everyone,

Happy Monday, I hope all is well. Below and attached, please find our **Social Work and Video Mitigation Newsletter**. It will also be available on the Defender Download site for broader access. I want to extend my sincere gratitude for the continued impact of our Social Work teams, and I would also like to intentionally highlight the important contributions of our supervisory staff. Thank you to Dawn Ryan, AIC for sharing the outstanding work Odessa is doing. I welcome other AICs to forward notable highlights or “great moments” involving their Social Work Supervisors so we can continue to uplift and recognize this leadership work.

**"Social Work and Video Mitigation Spotlights: Celebrating Our Wins & Updates!"**

**From the Director's Desk**

**This Social Work and Video Mitigation Spotlight showcases recent successes, ongoing initiatives, and the critical work advancing client-centered advocacy.**

***Borough Highlights***

**Manhattan**

[redacted]

**Brooklyn**

[redacted]

- **From Dawn Ryan, AIC,** Hi Yonzel, yesterday, a staff attorney sent out a mass email during the lunch hour about an agitated client in the Supreme Court. Within moments of receiving the email, Odessa contacted two members of her team. They all went to the Supreme Court, searched for the client (who had then wandered from the original location), found him, assessed him, calmed him down, and made the situation manageable. We are lucky to have Odessa. **Chavonte**, also connected with this client, kept him calm and followed up in the moment with his housing counselors. She also made sure to update the assigned FSW via email so they could follow up with the client as well.

[redacted]

[redacted]

**REDACTED**

- **PRDU** is in the process of implementing a pairing model of our court coverage with our FSWs and intake attorneys. The goal is to increase unit collaboration and utilization of our skilled FSWs in supporting our clients' defense and upon release.
- **PRDU** lost our fierce advocate, Luca Verano Diaz, as their last day was 2/6/26. We wish them the best in their next chapter! PRDU will look to fill an open FSW position in the Bronx in the near future.

[redacted]

**REDACTED**

**Thank you for your hard work and dedication!**