# Exhibit S

Outlook

## Fw: Supervisory Whereabouts Monday, March 2, 2026

**From** Marissa Kubicki <MKubicki@legal aid.org>
**Date** Thu 4/23/2026 1:12 PM
**To** Marissa <marissabkubicki@gmail.com>

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Lorraine McEvilley <LCMcEvilley@legal-aid.org>
**Sent:** Monday, March 2, 2026 12:37 PM
**To:** CDP Parole Revocation Defense <CDP_PRDU@legal-aid.org>
**Subject:** Supervisory Whereabouts Monday, March 2, 2026

Hi Everyone,

Welcome to March and I hope everyone had a great weekend!

Today, Juni is in the Bronx and Michael is in Brooklyn. Kwesi was in the Bronx and headed to Water Street for the afternoon. I am in the Water Street office.

Much thanks to Renzo Bonam for updating the March 2026 sign in-sheet. Thank you Renzo! Here is the sign in:
Sign in Sheet, March 2, 2026 - April 3, 2026.xlsx

Please certify your time sheets, thank you so much!

Also, reminder that starting today we are sending out intake coordination emails to SW supervision so they can screen and alert the SW coverage team of who the intake attorney is for the day as well as flagging any potential SW need in the VOP. We hope with this more specific pairing we can meaningfully increase in-house PRDU SW referrals, as SW involvement has been instrumental in successful outcomes for our clients.

Lastly, James and Haniya are available for investigation requests. James has been going over Brooklyn prelims from Water Street, where he sits, in the afternoon to see if he can be of any assistance, and Haniya is doing the same when not at the Bronx office on the 7th floor cubicle area. Please reach out to them with any investigation needs and, if the case is not in LM, follow up your meeting with a request in an email to James or Hanita, George and me.

Thank you and have a great rest of the day!

Lorraine

Lorraine C. McEvilley
Director
Pronouns: She, Her, Hers
The Parole Revocation Defense Unit
199 Water Street, 3rd Floor
New York, NY 10038
Fax: (646) 616-4580
Mobile (917) 921-5504
E-mail: lcmcevilley@legal-aid.org

THE
LEGAL AID
SOCIETY