# Exhibit V

Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

---

**From:** Jackie Quigley <jquigley@legal-aid.org>
**Sent:** Monday, January 6, 2025 4:00 PM
**To:** Kim Wirt <kwirt@legal-aid.org>; Taryn Anderson <TJAnderson@legal-aid.org>; Aarron McWillie <AMcWillie@legal-aid.org>; Marissa Kubicki <MKubicki@legal-aid.org>; Lorraine Mc Evilley <LCMcEvilley@legal-aid.org>; Jonathan Stonbely <JLStonbely@legal-aid.org>
**Cc:** Rosemary Buckmon <RBuckmon@legal-aid.org>; Demaris Medina <DMedina@legal-aid.org>
**Subject:** Re: Screen Protector

Marissa currently has an accommodation in place to WFH with LAS equipment for 3 days a week and is in the office 2 days a week through May 2025. I am curious as to why that would not also be covered in that case?

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

---

**From:** Kim Wirt <kwirt@legal-aid.org>
**Sent:** Monday, January 6, 2025 3:42 PM
**To:** Taryn Anderson <TJAnderson@legal-aid.org>; Jackie Quigley <jquigley@legal-aid.org>; Aarron McWillie <AMcWillie@legal-aid.org>; Marissa Kubicki <MKubicki@legal-aid.org>; Lorraine Mc Evilley <LCMcEvilley@legal-aid.org>; Jonathan Stonbely <JLStonbely@legal-aid.org>
**Cc:** Rosemary Buckmon <RBuckmon@legal-aid.org>; Demaris Medina <DMedina@legal-aid.org>
**Subject:** Re: Screen Protector

Hi Taryn,

Given that Marissa is approved to work remotely via the accommodations process, it makes sense for HR to provide a screen protector for at home use. I would love to see the policy where it states that those with accommodations cannot have assistance in creating an accessible environment to help with those accommodations.

Thanks,
Kim

Kim Wirt, LCSW (they/them)
Forensic Social Worker
929-946-0571

---



V-1

**From:** Lorraine Mc Evilley <LCMcEvilley@legal-aid.org>
**Sent:** Monday, December 30, 2024 3:16 PM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>; Taryn Anderson <TJAnderson@legal-aid.org>; Jackie Quigley <jquigley@legal-aid.org>; Jonathan Stonbely <JLStonbely@legal-aid.org>
**Cc:** Rosemary Buckmon <RBuckmon@legal-aid.org>; Demaris Medina <DMedina@legal-aid.org>
**Subject:** Re: Screen Protector

Hi Everyone,

+Demaris from Bronx office. Demaris, thank you for checking reception and other areas for the package.

I do not have a LAS Amazon account for office orders, Aarron handles the orders for our unit.

Thank you,

Lorraine

Lorraine C. McEvilley
Director
Pronouns: She, Her, Hers
The Parole Revocation Defense Unit
199 Water Street, 3rd Floor
New York, NY 10038
Fax: (646) 616-4580
Mobile (917) 921-5504
E-mail: lcmcevilley@legal-aid.org

THE LEGAL AID SOCIETY

---

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Monday, December 30, 2024 1:53 PM
**To:** Taryn Anderson <TJAnderson@legal-aid.org>; Lorraine Mc Evilley <LCMcEvilley@legal-aid.org>; Jackie Quigley <jquigley@legal-aid.org>; Jonathan Stonbely <JLStonbely@legal-aid.org>
**Cc:** Rosemary Buckmon <RBuckmon@legal-aid.org>
**Subject:** Re: Screen Protector

Thank you. Aaron said he made the purchase and it was going to be to me on 12/20 but it never arrived and it seems like it is sold out now, so I'm a bit confused as to what happened.

The laptop I use is a Dell Latitude 7300.

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit

The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Taryn Anderson <TJAnderson@legal-aid.org>
**Sent:** Monday, December 30, 2024 1:48 PM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>; Lorraine Mc Evilley <LCMcEvilley@legal-aid.org>; Jackie Quigley <jquigley@legal-aid.org>; Jonathan Stonbely <JLStonbely@legal-aid.org>
**Cc:** Rosemary Buckmon <RBuckmon@legal-aid.org>
**Subject:** RE: Screen Protector

I would have to consult with Lorraine and Rosemary about this, as the purchase is made at the practice level.

As for a screen protector for your laptop, what is the model of the laptop you're using?

Thank you,

**Taryn Anderson** *(she/her)*
Employee Relations Specialist
Employee Relations - HR
+1.917.581.2724

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Monday, 30 December, 2024 1:11 PM
**To:** Taryn Anderson <TJAnderson@legal-aid.org>; Lorraine Mc Evilley <LCMcEvilley@legal-aid.org>; Jackie Quigley <jquigley@legal-aid.org>; Jonathan Stonbely <JLStonbely@legal-aid.org>
**Cc:** Rosemary Buckmon <RBuckmon@legal-aid.org>
**Subject:** Re: Screen Protector

Thank you Taryn.

Can this please be ordered before Aaron returns?

Also, as Jackie mentioned prior, can we confirm one is going to be ordered for my laptop? The note from my doctor says all screens.

Thanks again.

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street

Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Taryn Anderson <TJAnderson@legal-aid.org>
**Sent:** Monday, December 30, 2024 1:09 PM
**To:** Lorraine Mc Evilley <LCMcEvilley@legal-aid.org>; Jackie Quigley <jquigley@legal-aid.org>; Marissa Kubicki <MKubicki@legal-aid.org>; Jonathan Stonbely <JLStonbely@legal-aid.org>
**Cc:** Rosemary Buckmon <RBuckmon@legal-aid.org>
**Subject:** RE: Screen Protector

Thank you, Lorraine, for following up with Rosemary on Marissa's screen protector. The screen protector requested is from Amazon, linked **here**. It appears that is sold out. **Here is link** a similar version (still on Amazon). This can be purchased the same way as other office equipment is purchased from Amazon.

Please let me know if you have any questions or concerns!

Thank you!
Taryn

**Taryn Anderson** *(she/her)*
Employee Relations Specialist
Employee Relations - HR
+1.917.581.2724

**From:** Lorraine Mc Evilley <LCMcEvilley@legal-aid.org>
**Sent:** Monday, 30 December, 2024 11:40 AM
**To:** Jackie Quigley <jquigley@legal-aid.org>; Marissa Kubicki <MKubicki@legal-aid.org>; Jonathan Stonbely <JLStonbely@legal-aid.org>
**Cc:** Taryn Anderson <TJAnderson@legal-aid.org>; Rosemary Buckmon <RBuckmon@legal-aid.org>
**Subject:** Re: Screen Protector

+ Rosemary Buckmon.

Neither Rosemary nor I was cc'ed on any order sent out, but Rosemary will be cc'ed when the orders arrive if they come this week. I've asked her to let us know if the screen protectors come in.

Thank you,

Lorraine

Lorraine C. McEvilley
Director
Pronouns: She, Her, Hers
The Parole Revocation Defense Unit
199 Water Street, 3rd Floor
New York, NY 10038
Fax: (646) 616-4580