# Exhibit W

Outlook

## Re: Equipment Accommodation Request-Office Chair

**From** Marissa Kubicki <MKubicki@legal-aid.org>
**Date** Fri 1/31/2025 9:20 AM
**To** Jackie Quigley <jquigley@legal-aid.org>; Taryn Anderson <TJAnderson@legal-aid.org>; Kim Wirt <kwirt@legal-aid.org>; Rebecca Serbin <rserbin@legal-aid.org>; Aarron McWillie <AMcWillie@legal-aid.org>

Good Morning Everyone

This is great news, thank you!

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Jackie Quigley <jquigley@legal-aid.org>
**Sent:** Thursday, January 30, 2025 4:15 PM
**To:** Taryn Anderson <TJAnderson@legal-aid.org>; Marissa Kubicki <MKubicki@legal-aid.org>; Kim Wirt <kwirt@legal-aid.org>; Rebecca Serbin <rserbin@legal-aid.org>; Aarron McWillie <AMcWillie@legal-aid.org>
**Subject:** Re: Equipment Accommodation Request-Office Chair

Thank you, Taryn!

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers


W-1

**From:** Taryn Anderson <TJAnderson@legal-aid.org>
**Sent:** Thursday, January 30, 2025 4:14 PM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>; Kim Wirt <kwirt@legal-aid.org>; Jackie Quigley <jquigley@legal-aid.org>; Rebecca Serbin <rserbin@legal-aid.org>; Aarron McWillie <AMcWillie@legal-aid.org>
**Subject:** RE: Equipment Accommodation Request-Office Chair

Hi @Aarron McWillie,

Can you proceed with purchasing the chair Marissa requested via Amazon, please?

If a memo, or some kind of documentation is needed from me, please let me know.

Thank you,
Taryn

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Wednesday, January 29, 2025 1:43 PM
**To:** Taryn Anderson <TJAnderson@legal-aid.org>; Kim Wirt <kwirt@legal-aid.org>; Jackie Quigley <jquigley@legal-aid.org>; Rebecca Serbin <rserbin@legal-aid.org>
**Cc:** Aarron McWillie <AMcWillie@legal-aid.org>
**Subject:** Re: Equipment Accommodation Request-Office Chair

Hi Taryn

Yes, all the requests have been related to what is documented.

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

**From:** Taryn Anderson <TJAnderson@legal-aid.org>
**Sent:** Wednesday, January 29, 2025 1:40 PM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>; Kim Wirt <kwirt@legal-aid.org>; Jackie Quigley <jquigley@legal-aid.org>; Rebecca Serbin <rserbin@legal-aid.org>
**Cc:** Aarron McWillie <AMcWillie@legal-aid.org>
**Subject:** RE: Equipment Accommodation Request-Office Chair

Marissa – Is the chair request related to the currently documented condition?