# Exhibit X

Outlook

## Re: Social Work Referral - PRDU - PRDU LIM - LAS # [redacted]

**From** Marissa Kubicki <MKubicki@legal-aid.org>
**Date** Fri 1/2/2026 1:01 PM
**To** Jackie Quigley <jquigley@legal-aid.org>

Okay great, makes sense!

Thank you!

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Ju tice in E ry Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Jackie Quigley <jquigley@legal-aid.org>
**Sent:** Friday, January 2, 2026 12:59 PM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>
**Subject:** Re: Social Work Referral - PRDU - PRDU LIM - LAS # [redacted]

Sorry about the confusion! If you could work on scheduling one for 1/6 or later that week based on your availability. I would like for you to be able to touch base with Ashley before meeting with the client just to confirm it is still needed!

Thanks,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

**From:** Marissa Kubicki <MKubicki@legal-aid.org>
**Sent:** Friday, January 2, 2026 12:53 PM
**To:** Jackie Quigley <jquigley@legal-aid.org>
**Cc:** Ashley Toruno <atoruno@legal-aid.org>
**Subject:** Re: Social Work Referral - PRDU - PRDU LIM - LAS #[redacted]

Hi Jackie

Thanks for the referral!

Just for clarity, you would like me to schedule a vtc for 1/6 or you are scheduling one?

Thanks!

Marissa Kubicki, LMSW
Forensic Social Worker
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
C-646-784-1516
F-646-390-4062
*pronouns: she/her/ella*
*Justice in Every Borough*
#FreeThemAll
#NoJusticeNoPeace

---

**From:** Jackie Quigley <jquigley@legal-aid.org>
**Sent:** Friday, January 2, 2026 12:43 PM
**To:** Marissa Kubicki <MKubicki@legal-aid.org>
**Cc:** Ashley Toruno <atoruno@legal-aid.org>
**Subject:** Fw: Social Work Referral - PRDU - PRDU LIM - LAS #[redacted]

Hi Marissa,

I am forwarding you the referral from Ashley below for Mr.[redacted] As you will see in the referral below, Dr. [redacted] is working on a PPI for the criminal case, with the goal of completion by 1/22/26 for his NCD in criminal court. However, if that is not complete, Ashley has requested some research supported mitigation around his diagnoses more specifically. I would like to proactively schedule a VTC for 1/6/26 or later next week and then touch base with Ashley when she is back in the office to see if there has been an update on the PPI and to determine the necessity of further mitigation on our end. CHS records are on SharePoint for your review.

Please let me know if you have any questions and/or we can plan to discuss further after you connect with Ashley.

Thank you,

Jackie Quigley, LCSW
Assistant Social Work Supervisor
Parole Revocation Defense Unit
The Legal Aid Society
260 E. 161st Street
Bronx, NY 10451
917-710-6092
Pronouns: she/her/hers

---

**From:** LawManager Mail <LMTest@legal-aid.org>
**Sent:** Monday, December 22, 2025 2:28 PM
**To:** Jackie Quigley <jquigley@legal-aid.org>
**Subject:** Social Work Referral - PRDU - PRDU LIM - LAS #[redacted]

Social Work Request ENTER INFO HERE

Step 1 of 5 - Please indicate the nature of the request and, if pertinent, the nature/condition of the client and relevant facts of the case:
Step 2 of 5- Please provide client's location and B&C and warrant #:
Step 3 of 5- Please provide any contact information you have for the client or their family:
Step 4 of 5 - Please indicate whether HIPPA was signed; Whether an assessment was done, and by whom; and the name of the ALJ
Step 5- Close this box and save- Once the case has been assigned it is imperative that you and the assigned social worker speak to each other and develop the request further.

[redacted]

Thank you.