# Exhibit F

Outlook

**Kubicki v. The Legal Aid Society**

**From** Cyrus Dugger <cd@theduggerlawfirm.com>
**Date** Tue 1/20/2026 7:26 PM
**To** srosenberg@legal aid.org <srosenberg@legal aid.org>; rserbin@legal aid.org <rserbin@legal aid.org>
**Cc** Khadijah Majeed <kmajeed@theduggerlawfirm.com>; Monica Welby <mwelby@theduggerlawfirm.com>; Kate Nunez <knunez@theduggerlawfirm.com>

Scott and Rebecca:

I hope that you are doing well.

I represent Marissa Kubicki concerning her employment with the Legal Aid Society -- inclusive of her requests for disability accommodations.

I would like to schedule a call with you to discuss this matter tomorrow.

Please let me know your availability for a call.

Best,

Cyrus E. Dugger
The Dugger Law Firm, PLLC
Gotham Center
28-07 Jackson Ave., 5th Fl.
Long Island City, NY 11101
www.theduggerlawfirm.com
Tel: (646) 560-3208
Fax: (646) 390-4524