**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARISSA KUBICKI, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE LEGAL AID SOCIETY, MATRIX ABSENCE MANAGEMENT, INC., CONNIE PARK, in her individual capacity, LAURA WALSH, in her individual capacity, REBEKAH ALMANZAR, in her individual capacity, JACKIE QUIGLEY, in her individual capacity, and YONZEL BURT, in her individual capacity,

Defendants.

Case No. 1:26-cv-03882-VSB-OTW

**DECLARATION OF MARISSA KUBICKI IN OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY**

I, Marissa Kubicki, declare as follows:

1. I am the Plaintiff in this action. I make this declaration from personal knowledge in opposition to Defendants' motion to stay discovery.

2. I have been on medical leave from my position at The Legal Aid Society since February 2, 2026, and I have not returned to work.

3. Because of the reduction in my income during my leave I have had to apply for government assistance.

4. I have also had to rely on food pantries and food banks. For the past several months, food has been obtained for my household from a food pantry or food bank approximately once a month.

5. My prior medical letter submitted to Matrix identified December 17, 2026, as my anticipated return-to-work date. My rheumatologist has now provided an updated letter requesting

that I remain out of work until at least April 2027, and I have submitted a request for additional leave as a disability accommodation through April 2027.

6. I currently rely on the disability benefit payments I receive through Matrix to pay my rent. It is my understanding that those payments are currently scheduled to end in January 2027 absent approval of my requested extension of disability benefits.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28/1, 2026,

Marissa Kubicki
Marissa Kubicki (Oct 28, 2026 16:58:30 EDT)

Marissa Kubicki

# Second Kubicki Declaration

Final Audit Report 2026-10-28

| | |
|---|---|
| Created: | 2026-10-28 |
| By: | Cyrus Dugger (cd@theduggerlawfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAAARz5r1NGt-9IpDa-SN_28-jmQhIaE7a |

## "Second Kubicki Declaration" History

Document created by Cyrus Dugger (cd@theduggerlawfirm.com)
2026-10-28 - 7:22:00 PM GMT

Document emailed to marissabkubicki@gmail.com for signature
2026-10-28 - 7:22:08 PM GMT

Email viewed by marissabkubicki@gmail.com
2026-10-28 - 8:56:46 PM GMT

Signer marissabkubicki@gmail.com entered name at signing as Marissa Kubicki
2026-10-28 - 8:58:28 PM GMT

Document e-signed by Marissa Kubicki (marissabkubicki@gmail.com)
Signature Date: 2026-10-28 - 8:58:30 PM GMT - Time Source: server - Signature Appearance Selected: TYPE

Agreement completed.
2026-10-28 - 8:58:30 PM GMT