DORSEY

DORSEY + WHITNEY LLP

**BRIANA AL TAQATQA**
**(612) 492-6617**
**altaqatqa.briana@dorsey.com**

October 29, 2026

**VIA ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Kubicki v. The Legal Aid Society, et al.*, Case No. 1:26-cv-03882-VSB-OTW
Request for Oral Argument on Defendants' Motion to Stay Discovery

Dear Magistrate Judge Wang:

We represent Defendants The Legal Aid Society, Matrix Absence Management, Inc., Connie Park, Laura Walsh, Rebekah Almanzar, Jackie Quigley, and Yonzel Burt in the above-referenced action. We write pursuant to the Court's Individual Practices in Civil Cases (Sections II and V(f)) to request oral argument on Defendants' Motion to Stay Discovery filed on October 15, 2026 (ECF Doc. 76) (the "Motion"). Plaintiff Marissa Kubicki filed her opposition to the Motion on October 28, 2026 (ECF Docs. 84–86). Accordingly, the Motion is now fully briefed.

Respectfully submitted,

Briana Al Taqatqa

cc: All counsel of record (via ECF)