# Exhibit A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/3/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN LECITHIN COMPANY, LIPOID GmbH, LIPOID LLC, and PHOSPHOLIPID GmbH,

Plaintiffs,

- against -

CARSTEN MATTHIAS REBMANN,

Defendant; Counterclaim and Third-Party Plaintiff,

- against –

HERBERT REBMANN, LIPOID GRUNDSTUECKS GmbH, LIPOID VERWALTUNGS, GmbH, LIPOID AG, and COMPLECTOR AG,

Third-Party Defendants.

---

12-CV-929 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiffs/Third-Party Defendants' letter requesting a pre-motion conference on their proposed motion to dismiss certain of Defendant/Third-Party Plaintiff's counterclaims on grounds of *forum non conveniens* (the "FNC Motion"). (Doc. 176.) I also am in receipt of Defendant/Third-Party Plaintiff's response to that request. (Doc. 182.) While I make no finding as to the viability of the proposed motion, in the interest of efficiency I will allow Plaintiffs/Third-Party Defendants to file their FNC Motion.

The FNC Motion should be briefed in conjunction with the motion to dismiss filed on

June 29, 2015 (the "June 29 Motion"). (Doc. 170.) I previously granted an extension on the parties' time to complete briefing on the June 29 Motion. (*See* Doc. 175.) Because I find that the pending June 29 Motion should be briefed together with the proposed alternative FNC Motion, the parties are instructed to adhere to a modified briefing schedule as follows:

(1) Plaintiffs/Third-Party Defendants should submit their FNC Motion and supporting brief by no later than September 11, 2015.

(2) Defendant/Third-Party Plaintiff should submit a combined opposition to both the June 29 Motion and the FNC Motion by no later than October 9, 2015.[1]

(3) Plaintiffs/Third-Party Defendants should submit a combined reply in support of both the June 29 Motion and the FNC Motion by no later than November 6, 2015.[2]

This revised schedule does not affect the date for the previously-scheduled status conference. Consistent with my prior order, (*see* Doc. 175), the parties are instructed to appear for a status conference on November 23, 2015 at 2:30pm. No extensions on this schedule will be granted without a showing of good cause.

SO ORDERED.

Dated: September 3, 2015
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge

[1] The deadline for filing an opposition to the June 29 Motion, which was previously set for September 11, 2015, (*see* Doc. 175), is adjourned.

[2] The deadline for filing a reply brief in support of the June 29 Motion, which was previously set for October 5, 2015 (*see* Doc. 175), is adjourned.

**Samuel Goldman & Associates**

1185 Avenue of the Americas, 18th Floor
New York, New York 10036
Phone: (212) 725-1400 Fax: (212) 725-0805

October 1, 2015

**Via ECF**
U.S. District Court Judge Vernon S. Broderick
U.S. District Court for the Southern District of New York
40 Foley Square, Room 518
New York, NY 10007

**Re: *American Lecithin Co. et al. v. Rebmann*, Case No. 12-cv-00929-(VSB)**

Your Honor:

We are counsel for Defendant in the above-referenced matter. The opposition to Plaintiffs' and Third-Party Defendants' June 29, 2015 Motion to Dismiss as well as their September 11, 2015 *Forum Non Conveniens* Motion is due on October 9, 2015. Their combined pleadings are sixty (60) pages long and seek to dismiss all of Defendant's Counterclaims and Third-Party Claims on substantive grounds and also raise challenges on a wide range of issues from jurisdiction to *forum non conveniens.*

In order to thoroughly address these motions, Defendant needs more than the twenty-five (25) pages provided for in the Court's Individual Rules. Therefore, Defendant respectfully requests permission to exceed the page limit by thirty-five (35) pages if necessary.

In their letter dated June 24, 2015 (Dkt. 166), Plaintiffs and Third-Party Defendants stated that they will not object to a request by Defendant for a page limit extension. Thus, the grant of this request will not unfairly prejudice any of the parties.

Respectfully submitted,

Samuel Goldman

cc: Counsel for Plaintiffs and Third-Party Defendants

Defendant may submit a combined brief equal to the number of pages submitted by Plaintiff. Accordingly, Defendant may submit a combined brief of no more than 50 pages.

SO ORDERED:

HON. VERNON S. BRODERICK 10/2/2015
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: __________<br>DATE FILED: 5/4/2021 |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>RIPPLE LABS, INC., BRADLEY GARLINGHOUSE, and CHRISTIAN A. LARSEN,<br><br>Defendants. | 20 Civ. 10832 (AT)<br><br>**ORDER** |

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated April 30 and May 3 and 4, 2021. ECF Nos. 148, 150, 155. Accordingly, the Securities and Exchange Commission's (the "SEC") motion is GRANTED. The SEC shall be permitted to respond to the individual defendants' motions to dismiss in a single opposition brief, not to exceed 60 pages.

The Clerk of Court is directed to terminate the motion at ECF No. 148.

SO ORDERED.

Dated: May 4, 2021
New York, New York

ANALISA TORRES
United States District Judge