DORSEY
DORSEY + WHITNEY LLP

**BRIANA AL TAQATQA**
**(612) 492-6617**
**altaqatqa.briana@dorsey.com**

November 6, 2026

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/9/2026

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Kubicki v. The Legal Aid Society, et al.*, Case No. 1:26-cv-03882-VSB-OTW
Notice of Errata

Dear Judge Broderick:

Dorsey & Whitney LLP represents Defendants The Legal Aid Society ("LAS"), Matrix Absence Management, Inc. ("Matrix"), Connie Park, Laura Walsh, Rebekah Almanzar, Jackie Quigley, and Yonzel Burt (collectively the "Defendants") in the above-referenced action. We write to provide notice of errata in Defendant LAS's Memorandum of Law in Support of LAS's Motion to Dismiss Plaintiff's Amended Complaint (the "Brief") (Dkt. 60). The filed version inadvertently included the below-listed typographical errors. We respectfully request leave to file a corrected version ("Corrected Memorandum"), which corrects these typographical errors and makes no other changes to the Brief. Opposing counsel was advised of the requested correction on November 5, 2026, and does not object to this request.

The typographical corrections are as follows:

On page 9, the Brief contains a citation to *Kumaran v. Nat'l Futures Ass'n*, No. 1:20-cv-03668-GHW, 2024 WL 34448107, at *2 (S.D.N.Y. July 9, 2024) (quoting *Simmons v. Abruzzo*, 49 F.3d 83, 86 (2d Cir. 1995)). The correct citation reads as follows: *Kumaran v.* ***Kadlec***, No. 1:20-cv-03668-GHW, 2024 WL **3448107**, at *2 (S.D.N.Y. July 9, 2024) (quoting ***Salahuddin v. Cuomo*****, 861 F.2d 40, 42 (2d Cir. 1988)**).

On page 20, the Brief contains a citation to *Vora v. N.Y.C. Dep't of Educ.*, No. 22 Civ. 10891 (PGG) (SDA), 2024 WL **116312** (S.D.N.Y. Mar. 14, 2024). The correct citation reads as follows: *Vora v. N.Y.C. Dep't of Educ.*, No. 22 Civ. 10891 (PGG) (SDA), 2024 WL **1116312** (S.D.N.Y. Mar. 14, 2024).

DORSEY
DORSEY + WHITNEY LLP



On page 21, the Brief contains a citation to *Peterson v. N.Y.C. Dep't of Educ.*, No. 18-CV-1515 (ILG), 2020 WL **2559385** (E.D.N.Y. May 20, 2020). The correct citation reads as follows: *Peterson v. N.Y.C. Dep't of Educ.*, No. 18-CV-1515 (ILG), 2020 WL **2559835** (E.D.N.Y. May 20, 2020).

On page 28, the Brief contains a citation to *Brightman v. Prison Health Serv., Inc.,* 970 **N.Y.S.3d** 789, 791 (2d App. Div. 2013). The correct citation reads as follows: *Brightman v. Prison Health Serv., Inc.,* 970 **N.Y.S.2d** 789, 791 (2d App. Div. 2013).

The citation errors were limited to the four typographical errors described above. The cited cases support the legal assertions notwithstanding the citation errors, and the legal assertions are otherwise an accurate statement of law.

We respectfully request the Court grant LAS leave to file a Corrected Memorandum.

Respectfully submitted,

*Briana Al Taqatqa*

cc: All counsel of record (via ECF)