MEMO ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------- x
MARISSA KUBICKI, individually, and on Behalf of all others similarly situated,

Plaintiff,

v.

THE LEGAL AID SOCIETY, MATRIX ABSENCE MANAGEMENT, INC., CONNIE PARK, in her individual capacity, LAURA WALSH, in her individual capacity, REBEKAH ALMANZAR, in her individual capacity, JACKIE QUIGLEY, in her individual capacity, and YONZEL BURT, in her individual capacity,

Defendants.
---------------------------------------------------- x

Case No. 26-CV-3882 (VSB) (OTW)

**NOTICE OF MOTION AND MOTION TO STAY DISCOVERY**

PLEASE TAKE NOTICE that, Defendants The Legal Aid Society ("LAS"), Matrix Absence Management, Inc., Connie Park, Laura Walsh, Rebekah Almanzar, Jackie Quigley, and Yonzel Burt (collectively, "Defendants") hereby respectfully move this Court for an Order:

1. Granting Defendants' Motion to Stay Discovery pending the Court's resolution of their Motions to Dismiss Plaintiff Marissa Kubicki's Amended Complaint (ECF Docs. 59 and 64);

2. Staying all discovery, including written requests and depositions, until after the Court issues its decision on Defendants' Motions to Dismiss the Amended Complaint; and

3. Awarding Defendants their reasonable costs, fees, and expenses incurred in bringing this Motion.

This Motion is based upon Rules 12(b)(6) and 26(c) of the Federal Rules of Civil Procedure and upon all supporting memoranda and documents filed and served in accordance with the Local Rules, and upon all the files, records, and proceedings herein. Defendants respectfully request oral

argument on this motion and will formally request oral argument in accordance with Magistrate Judge Ona Wang's Practice Pointers.

Dated: New York, New York
October 15, 2026

**DORSEY & WHITNEY LLP**

By /s/ Briana Al Taqatqa

NICHOLAS J. PAPPAS
pappas.nicholas@dorsey.com
KRISTA BOLLES
bolles.krista@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

BRIANA AL TAQATQA (pro hac vice)
altaqatqa.briana@dorsey.com
GRACE F. JACOBSON (pro hac vice)
jacobson.grace@dorsey.com
50 South 6th St., Suite 1500
Minneapolis, MN 55402

Attorneys for Defendants THE LEGAL AID SOCIETY, MATRIX ABSENCE MANAGEMENT, INC., CONNIE PARK, LAURA WALSH, REBEKAH ALMANZAR, JACKIE QUIGLEY, and YONZEL BURT

**Defendants' motion to stay discovery is GRANTED in part and DENIED in part.**

**Depositions and putative class discovery are STAYED pending the Court's resolution of Defendants' Motions to Dismiss Plaintiff Marissa Kubicki's Amended Complaint (ECF Docs. 59 and 64).**

**Document discovery pertaining to Plaintiff Kubicki's individual accommodation claims is NOT STAYED.**

**As discussed at the August 11, 2026 conference, parties are direct to meet-and-confer to discuss staged and rolling discovery.**

**SO ORDERED.**

**Ona T. Wang**
**U.S.M.J**

**November 13, 2026**