DORSEY
DORSEY + WHITNEY LLP

**BRIANA AL TAQATQA**
**(612) 492-6617**
**altaqatqa.briana@dorsey.com**

November 16, 2026

**VIA ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/17/2026

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *Kubicki v. The Legal Aid Society, et al.*, Case No. 1:26-cv-03882-VSB-OTW
Request for Leave to File Consolidated Reply

Dear Judge Broderick:

We represent Defendants the Legal Aid Society ("LAS"), Matrix Absence Management, Inc. ("Matrix"), as well as individual Defendants Rebekah Almanzar, Connie Park, Laura Walsh, Jackie Quigley, and Yonzel Burt (the "Individual Defendants," together with LAS and Matrix the "Defendants"). We write to request leave to file a consolidated reply brief in response to Plaintiff Marissa Kubicki's ("Plaintiff") consolidated opposition brief to Defendants' motion to dismiss (ECF Doc. 105).

On November 4, 2026, counsel for Plaintiff filed a letter motion requesting leave to file a consolidated opposition brief in response to Defendants' motions to dismiss. (ECF Doc. 89.) The letter motion did not address whether Defendants would be permitted to file a consolidated reply brief. However, counsel for Plaintiff previously contemplated that Defendants would be permitted to file a consolidated reply brief and wrote "If you would like to file a consolidated reply, we would request that your consolidated reply be up to 7,000 words." On November 6, 2026, this Court granted Plaintiff's letter motion to file a consolidated opposition brief. (ECF Doc. 91.) The Court's Order did not address whether Defendants may file a consolidated reply brief. Defendants respectfully request leave to file one consolidated reply in response to Plaintiff's consolidated opposition, not exceeding 7,000 words.

Good cause exists because Plaintiff filed a consolidated opposition. (ECF Doc. 105). Permitting Defendants to file a consolidated reply would mirror Plaintiff's own briefing approach, and would allow Defendants to address common allegations, governing legal standards, and overlapping arguments in a single submission.

DORSEY
DORSEY + WHITNEY LLP



Courts regularly permit consolidated replies where a party files a consolidated opposition. *Vuksanovich v. Airbus Ams*., 2021 U.S. Dist. LEXIS 200889, *3 (S.D.N.Y. Oct. 14, 2021) (ordering Defendants to file a consolidated reply to Plaintiffs' consolidated opposition); *Musclemakers, Inc. v. United States SBA*, 2024 U.S. Dist. LEXIS 218788, *1 (N.D.N.Y. Dec. 3, 2024) (Plaintiffs filed consolidated reply following Defendant's consolidated opposition); *Trs. of the Int'l Union of Operating Eng'r Local 30 Benefit Funds v. Nyack Hosp*., 2018 U.S. Dist. LEXIS 24312, *8 (S.D.N.Y. Feb. 13, 2018) (Plaintiffs filed consolidated reply after Defendant filed consolidated opposition).

Defendants have conferred with Plaintiff, who consents to this motion.

This is Defendants' first request to file a consolidated brief.

Respectfully submitted,

*/s/ Briana Al Taqatqa*
*Briana Al Taqatqa*

cc: All counsel of record (via ECF)